## SCHEDULE E
**Web Sites of Unlicensed MSB Defendants Indicating Holding of Third-Party Funds**



## Top-Tier Online Fundraising. Right Now.

We've already delivered over a **quarter billion dollars** to thousands of Democratic candidates, causes and committees. Let us provide you with the online fundraising tools you need to achieve your goals. We can help **today**.

> Looking for contribution reports? Click here to contact us to get access to your reports.

**Ready to get set up?**
- Click here to send us the information we need to set you up.
- We'll send you everything you need to know to start fundraising right away.

**What we do.**
- ActBlue PAC is an FEC-registered political committee, and our operations are fully vetted by some of the country's best campaign finance lawyers and compliance experts.
- ActBlue Civics is an issue advocacy group dedicated to connecting our user community with the issues and causes they support.
- We accept all four major credit cards and PayPal.

**We make it simple.**
- We collect all FEC, IRS and state-required donor information.
- We give you access to all contributor and compliance data in real-time.
- We let you see how donors are responding to your efforts.

**We let you get fancy, too.**
- Embed videos, set fundraising goals, and test different language all on the same contribution form.
- Use referral codes to track e-mail appeals and ads.
- Sign up monthly contributors.
- Connect with an ActBlue donor community that's 250,000 strong.

**Your check is in the mail.**
- We'll send you one check each week of all your contributions.
- You can deposit it with your other contributions.
- Simply sign in to your ActBlue account for easy data downloads and reporting instructions..

**Questions?**
Get in touch!
- Phone: 617-517-7600
- E-mail: info@actblue.com
We read every email we receive. Promise.

# How does the Airbnb payment system work?

Our payment system is secure, reliable, and convenient, supporting many currencies and several types of payment and payout methods.

**Payment:** the money a guest pays for a reservation.

**Payout:** the money a host receives for a reservation.

When submitting a reservation request to a host, the guest provides his or her payment details and the payment method may be authorized for a charge. If the reservation request is retracted, declined, or expires, we do not complete the charge and any authorization is released.

If the reservation is accepted, the payment is processed and collected by Airbnb in full.* Whether the reservation is two days or two months away, we hold the payment until *24 hours after check-in* before giving it to the host. This gives both parties time to do a walkthrough upon check-in and make sure that everything is as expected.

Airbnb does not endorse cash payments. In order to uphold our Terms of Service, transactions must take place on the site. By completing your transactions on the site, the security of your funds is ensured, and you'll be protected by policies, such as cancellation policies and the Guest Refund Policy.

Read more about payments and payouts.

*Please note: long-term payments and long-term payouts occur on a monthly basis.*

Did this answer your question?
Yes No
How can this FAQ be improved?

Please note that this information is used only to improve our FAQ content and is not sent to our customer service team.

Submit
Thank you for your feedback!

Case5:13-cv-02054-EJD Document12 Filed05/06/13 Page4 of 21

801 High Street, Suite 200
Palo Alto, CA 94301
(877) 240-0274

support@poundpay.com
balancedpayments.com

BALANCED

# HOW CAN WE HELP?

**14:17 drim** ?

**14:17 drim** before credit a bank account, do I need to set the user as a merchant (meaning Underwriting A Business in the doc)

**20:27 alan92** hi, how much are ACH chargebacks?

**14:30 Remear** it's the weekend though so people are in-and-out

**14:29 Remear** chime in here if you get stuck again

**14:29 jrochkind_** okay thanks.

**14:27 jrochkind_** i have very very few extensions. but yeah maybe, I guess. I don't know how you write a website so an extension interferes with a hyperlink, but whatever.

**14:27 jrochkind_** and now i see Balanced.configure('da3da6de7c9311e288c9026ba7f8ec28'), okay.

**14:27 Remear** i suspect then you might have an extension that's interfering

**14:26 jrochkind_** okay, weird, opened a chrome incognito window, now i get ruby examples. argh.

**14:26 jrochkind_** I go to https://www.balancedpayments.com/docs/api, still nothing happens when I click ruby.

**14:25 Remear** go to https://www.balancedpayments.com/docs then click ruby

## ask us

Chat

**TOPICS**

Marketing

Chargebacks & Fraud

Security

Payouts

Legal

Card Processing

End-User Experience

Sign Up

Fees

Data

*Can't find what you're looking for? Email us.*

Email

## marketing

Where can I get credit card logos and other useful images?

## chargebacks & fraud

How does Balanced combat fraudulent activity?
How are credit card chargebacks and disputes handled?

## security

How does security and PCI compliance work?
What is SSL and how do I use it?

## payouts

What are the cutoffs and holidays for Payouts?
Is Balanced available internationally?

## legal

What are the Terms of Use?
What are the terms of service for a marketplace?

## card processing

Is Balanced available internationally?
How do sales tax and income taxes work?
When can I debit a bank account?

### end-user experience
How are payment receipts handled?

### sign up
How does a marketplace sign up/register?

### fees
Does Balanced offer volume discounts?
How does Balanced invoice Marketplaces for fees owed?

### data
Can I export my data?
Is credit card and bank account information portable?

### where can i get credit card logos and other useful images?
Balanced provides credit card logos which you can download or serve from Balanced's servers. Balanced also provides "Powered By Balanced Payments" imagery which can help customers feel confident using the marketplace's payment processing.

### how does balanced combat fraudulent activity?
While Balanced utilizes a variety of powerful tools to detect fraud it is impossible to wipe it out entirely. Marketplaces should also evaluate the unique aspects of their services to help minimize fraudulent activity such as by imposing limits on new customer activity and monitoring the geo-location of users.

### how are credit card chargebacks and disputes handled?
In the event that a buyer initiates a chargeback or dispute with the credit card issuer, Balanced will notify the Marketplace via email. The Marketplace should notify its seller/merchant of the dispute and request as much information as possible with which to fight the chargeback. The Marketplace should collect all the relevant information and provide it to Balanced within 15 days. Ideally the chargeback will be rejected in which case the Marketplace keeps the funds. If, however, the chargeback is successful, Balanced will debit the payment amount from the Marketplace's bank account. Depending on the Marketplace's policies and the nature of the dispute, the Marketplace may wish to pass on the chargeback amount to the seller.

### how does security and pci compliance work?
Security is extremely important when handling credit card and bank account information and processing financial transactions. PCI Compliance is a set of rules created by the credit card companies (Visa, MasterCard, American Express and Discover) that govern how merchants are to handle credit card information and implement security procedures. Balanced is certified as a Level 1 PCI Service Provider. This means that it has been audited by a certified third party auditor to attain the most stringent level of PCI Compliance. By using Balanced Payments, sellers and marketplaces are able to dramatically reduce the effort required to become PCI Compliant. A key way this is made possible is use of Balanced's balanced.js JavaScript library which sends a buyer's credit card information directly from the web browser to Balanced, bypassing the marketplace's server and thus avoiding the multitude of requirements that apply to organizations handling credit card information.

### what is ssl and how do i use it?
SSL is a way to encrypt data when sending it over the internet. Balanced enforces the use of SSL for all communications so you can be assured of the privacy and security of all of your data and customer information.

### what are the cutoffs and holidays for payouts?
Payouts must be submitted by 3:00pm Pacific Time (PT) to be available on the next business day. Holidays are not considered business days and so will delay the payout by a day.

### is balanced available internationally?

Sellers/merchants must reside in the US, have a US mailing address and a US bank account. Buyers can reside in nearly all countries and use any Visa, MasterCard, American Express or Discover card (debit and credit).

### what are the terms of use?

Please see Balanced Payments' Terms of Use.

### what are the terms of service for a marketplace?

Marketplaces must agree to the Balanced Marketplace Agreement. And important term in the agreement is that the marketplace must include a snippet of terms and conditions in its own Terms of Service which covers the relationship between the marketplace's customer and Balanced.

### is balanced available internationally?

Sellers/merchants must reside in the US, have a US mailing address and a US bank account. Buyers can reside in nearly all countries and use any Visa, MasterCard, American Express or Discover card (debit and credit).

### how do sales tax and income taxes work?

Balanced does not get involved with the calculation of sales tax. The marketplace should determine if sales tax is applicable, the amount and include it in the total charge amount. As a Payment Service Provider, Balanced provides Form 1099K in certain situations, typically for sellers who exceed 200 transactions and $20,000 in transaction volume in one year.

### when can i debit a bank account?

We're currently actively working on building this functionality out. You can read or discuss this on the official Github issue we've created where we will announce once this is complete.

### how are payment receipts handled?

Balanced does not send out any receipts or emails for credit card payments or bank payouts. The marketplace is responsible for all communications to its customers.

### how does a marketplace sign up/register?

Marketplaces can sign up at Balanced in a matter of minutes and have immediate access to a testing environment. Balanced then needs just a bit more information to move the account into production.

### does balanced offer volume discounts?

Yes! Please contact Balanced.

### how does balanced invoice marketplaces for fees owed?

Fees are invoiced once per day for the previous 24 hour period.

### can i export my data?

Complete transaction data is always available for viewing and downloading in the Balanced Dashboard.

### is credit card and bank account information portable?

Marketplaces wishing to download customer credit card and bank details should contact Balanced to arrange for the secure transfer of such information.





California Money Money Transmission Act Hearing
California Assembly Banking and Finance Committee — Voice Memos

**Description**

Clinkle is a movement to push the human race forward by changing how we transact. It's the world's most advanced way to pay, coming to a campus near you.

**What's New in Version 2.4.4** Posted May 02, 2013

fix a bug with the school waitlist

**Version 2.4.1** Posted Apr 12, 2013
Reduced facebook permission request
ability to see and customize what you are posting to facebook

**Version 2.4** Posted Apr 03, 2013
new waitlist experience with social network integration and referral incentives

**Version 2.3.2** Posted Mar 12, 2013
can now see whether or not you are VIP
demo wallet copy changes
properly enabled rows when cash or card is pulled out

**Version 2.2** Posted Mar 02, 2013
demo wallet, network-based waitlists, credit card p2p payments

**Version 1.11** Posted Dec 04, 2012
New sign-up process
Instant bank account verification
Invitations
Bank-Transfer P2P payments

**Version 1.8.4** Posted Sep 04, 2012
ordering redesign

**Version 1.7.2.6** Posted Jul 31, 2012
support center, push notifications, new settings, and many bug fixes

**Version 1.6** Posted Jul 05, 2012
new history view, gestural objects, new document collection scheme

Forums > GoPago LIVE >> Billing

" We [GoPago] are delighted to offer our merchants and mobile app users best in class 24/7 customer support.
It is our goal to keep merchants LIVE at all times in order to help their businesses succeed."

-The GoPago Team

Intro

Product

How It Works

Pricing
## How and when do I get paid?
**Order Now**

For Consumers
Merchants are paid using ACH deposits.  Money is deposited directly into your account for each day that you receive GoPago orders.  Funds are deposited every 2
business days for merchants that bank with Chase and 3 business days for merchants that bank with other institutions.

About
0 people found this useful. – **Be the first!**
Contact

**Merchant Login**

Sandy Hook
**PROMISE**

Start selling

- How It Works
- FAQ
- 
- Login

Start selling

# FAQ

- **What can I sell?**

  Most people use Gumroad to sell the things that they've made. These include songs, albums, videos, photos, and other things. Even T-shirts! You can sell anything that you can upload or link to.

- **Can I upload a file?**

  Yes! You can upload any sort of file from your computer. We have a file size limit of 4GB, per product.

- **What can I price a product?**

  Using traditional pricing, you can price a product for as little as $1, and as much as $1000. We also allow a pay-what-you-want pricing model, which lets your customers pick a price above what you specify (including $0). You can also price your products in £, €, ¥, and other currencies.

- **How can people pay?**

  Gumroad supports all major credit cards (and some debit cards). That includes Visa, MasterCard, American Express, Discover, JCB, and Diners Club cards.

- **I'm not in the US. Can I use Gumroad?**

  Yes. Gumroad supports deposits to accounts in over 190 countries.

- **What is Gumroad's cut?**

  Simple. It is just 5% + 25¢ of each transaction. For example: If you sell a digital video for $10, the fee is $0.75 and $9.25 is deposited into your account.

  There are no setup fees, monthly fees, bandwidth fees, or withdrawal fees.

- **How do I get paid?**

  You will be paid every other Friday, for all sales up to a week before that date. Our minimum deposit amount is $10.

- **How do I refund my customers?**

  We allow you to issue refunds to your customers in real-time, right from your dashboard.

- **How secure is Gumroad?**

  We only store your credit card information if you choose to create an account with us after a purchase is complete. If you choose not to, we will not keep any of your sensitive credit card information on file with us.

  If you choose to store your credit card with us, we store it in an environment that has been certified as being PCI Service Provider Level 1 by a PCI-certified auditor — the most stringent level of certification available.

- **Why is this FAQ so short?**

  Simple products come with short FAQs. Please send an email if you have a question that isn't answered here.

- **Email us directly**

  We take customer support very seriously. You can expect a response time of between 30 minutes to two hours Monday through Friday.

  On the weekends, you will get a response within twenty-four hours. For financial-related questions, we respond within eight hours on the weekends, and under 30 minutes during the weekdays.

  Email us at support@gumroad.com.

- **Have a problem or want a refund?**

  If you have a problem with a product you have received, please email the seller directly. You can do this by replying to the receipt email. If they do not respond within a week, please forward the email to us and we'll get it resolved for you.

**About Gumroad**

- FAQ
- About
- Press
- Jobs
- Developers

**Elsewhere**

- Support
- @gumroad
- Facebook



# facebook

Email or Phone

Password

Keep me logged in          Forgot your password?          Log In

Sharing

Tagging

Timeline

Graph Search

Location

Apps

Ads

**Credits**

Like   35k

## Facebook Credits

The quick and easy way to get items in your favorite games and apps on Facebook.






**What are Facebook Credits?**

Just like tokens at an arcade or amusement park, credits are a secure way to play games and buy virtual and digital goods on Facebook. You can buy credits using your credit card, PayPal, mobile phone or another payment method.

Use your credits across any supported games and apps on Facebook.

**Get Facebook Credits**

 **Buy Facebook Credits**
Current Balance: 145 Credits · Terms Apply

How many credits would you like to add to your account?

◉ **50 Credits** for $5.00 USD

○ **105 Credits** for $10.00 USD   5% bonus

○ **550 Credits** for $50.00 USD   10% bonus

○ **1,120 Credits** for $100.00 USD   12% bonus

○ **2,360 Credits** for $200.00 USD   18% bonus

**Redeem Your Facebook Credits Gift Card**

Facebook Credit gift cards are available in retail stores. Find a store near you.

Redeem Gift Card

**What are the benefits of Facebook Credits?**

Credits are a safe and secure way to make payments online. They also make your life easier by becoming your virtual wallet on Facebook, allowing you to make purchases in games and apps, even when you're on your mobile device.

**How do I get Facebook Credits?**

You can buy Facebook Credits on Facebook using your credit card, Paypal, mobile phone, or one of our other supported payment methods.

Gift and prepaid cards are also available in retail stores. Find a store near you.

**Where can I use Facebook Credits?**

Credits can be used in Facebook games and apps you use on your computer, tablet or mobile device. They are supported in countries and currencies around the world.

**Top Help Center Topics**

▸ What currencies can I buy Facebook Credits in?



# DWOLLA

Ⓢ Invite friends. Get $10 in transaction fee credits.

Support    Blog    Log in    Sign up



# OUR MISSION

Allow anyone [or anything] connected to the internet to move money quickly, safely & at the lowest cost

## What is Dwolla?

Dwolla is a payment network that allows anyone to send, request and accept money. We're not like those other big payment companies that rely on plastic cards and charge hefty fees. Instead, we've built our own network that securely connects to your bank account and allows you to move money for just $0.25 per transaction, or free for transactions $10 or less.

Discover why thousands of people, businesses, non-profits and developers use Dwolla to move millions of dollars every day.



# How does it work?



Transfer money between Dwolla and your bank or credit union anytime you want, for free.



Send money to email addresses, phone numbers, Facebook friends, LinkedIn connections, Twitter followers, and businesses that accept Dwolla.



Use Dwolla on the web or with the Dwolla mobile app.



**No credit or debit cards here.**

That's how we are able to keep our fees so low. Some businesses accept only Dwolla, but most accept Dwolla alongside credit cards and other forms of payment.



**You can send money to someone even if they don't have a Dwolla account.**

But, they will need to create one to claim the funds. Businesses need to set up a Dwolla account to accept Dwolla.



**Only one party pays the fee.**

By default, the receiver pays the $0.25, but the sender can choose to pay the fee instead.

Coinbase Beta

- Home
- About
- Merchants
- Charts
- Blog
- Help

- Sign In
- Sign Up

# Accept Bitcoin Payments

...and say goodbye to high fees.

## Fast, Cheap, and International

Bitcoin payments arrive instantly, have low fees, and work anywhere in the world - with no chargebacks.

Let us add money to your bottom line.

### FREE

To accept bitcoin

Arrives instantly
Two-click checkout

### 1% + $0.15

Cash out to USD

Next day payout
Zero exchange rate risk

 **Pay With Bitcoin** ✕

Pay **0.01 BTC** to **The Bitcoin Foundation** for **Test Payment.**

Send using a Coinbase.com account

You are signed in as Brian Armstrong. Not you?

Clicking 'Pay' below will send 0.01 BTC from your Coinbase account.

> ✔ Pay 0.01 BTC

Send using a bitcoin address

Don't have any bitcoin?

 **Bitcoin Foundation**

buttondemo@coinbase.com
123 Main St.
City, State, Zip
P: +1 123-123-1234

| Item | Price |
|------|------:|
| Test Payment | 0.01 BTC |
| **Total:** | **0.01 BTC** |

Send using a Coinbase.com account

You are signed in as Brian Armstrong. Not you?

Clicking 'Pay' below will send 0.01 BTC from your Coinbase account.



user1@example.com

1.5 hours design work
2 hours programming

Website redesign

**Price**

30.00 BTC

**Total:    30.00 BTC**

Send using a bitcoin address



Send exactly 30.00 BTC to:
mtWQfDcdeK3zA36c7kzrYqvTZms9ijH2aT

After sending to the above address click
'Confirm Payment' below.

## Create A Payment Button accept bitcoin with an embedded payment wind

Payment Type    ⦿ Buy now  ◯ Donation   ◯ Subscription (coming soon)

Button Style    ⦿   Pay with Bitcoin 🅱        ◯   Pay with Bitcoir

                ◯   🛒 Pay With Bitcoin        ◯   🛒 Pay With Bit

Item Name    [ Alpaca Socks ]                      Amount

< >

# Easy Integration

- Create Pay/Donate/Subscribe Buttons

- Hosted Checkout Pages

- Email Invoices

- Custom Shopping Cart Integration

- Full Featured APIs

- Try a demo:    Pay with Bitcoin 🅑

# Business Analytics

Metrics on the growth of your business are just a screen away.

We also provide easy export of your data (in your local currency) that your accountants will love.







(/liquidity)

# **Status Update**
May 2, 2013

I have more news on the Mt. Gox transition. Today, CoinLab regretfully filed a formal complaint in Federal Court against Mt. Gox.

In the last month, many of you have contacted me directly and asked for more details on our transition, and I would say (charitably) that I've been frustratingly vague -- I just haven't been able to talk about it.

I'm going to take this chance to talk about it. I'm not here to complain, our filing contains an accurate summary of events, but I want to talk about what I see as most important for Bitcoin right now.

Bitcoiners have, on average, lost more money due to technology difficulties, frozen / lost banking relationships and shady characters like pirateat40 than due to any part of Bitcoin's fundamental economics. **I hate this fact**, passionately. I have a vision in which high quality service and technology and ethics can be delivered to you, me, my kids, everyone who has a stake in Bitcoin.

It is my goal for CoinLab that we provide fundamental infrastructure to minimize these risks for everyone in our space, and I do mean everyone; from those on the Bitcoin Forums who dislike and distrust me personally, to the mom and pop cupcake makers in San Francisco, to my daughter who recently sold some knit products for .01BTC.

While I was willing to take a two year restriction on our venue (US and Canada only for two years was part of our contract), I have for a number of years now wanted to make sure that Bitcoin is properly situated for everyone's good.

When we spun up our initial alpha customers, they included companies that from one perspective could reasonably be deemed to be our competitors, some of the best companies in our space. We worked extremely hard to provide them great service, because I want to build our ecosystem; I want a robust economy and a broad base of service and product for everyone.

What tipped us into filing was our complete inability to get Mt. Gox to deliver on the few simple things left that were needed for customers to move over en-masse; we were often left just apologizing to our alpha customers while their own businesses suffered. I'm just not willing to put any of our customers in that position -- if we can't do a good job for you, I won't promise that we can.

What I hope is that Mt. Gox has this same interest in the good of Bitcoin, and Bitcoiners, and finds a way to work this out.

So, what's next? I hope that we'll be able to provide some good news on that front soon, from a financing and technology perspective at the very least, and ideally with news that we've settled this dispute. In the interim, my biggest hope is that Mt. Gox does an excellent job keeping Bitcoiners safe and liquid and trading on the exchange.

*Peter Vessenes*

**About CoinLab**          **Stay Informed**          **Bitcoin Foundation**          **Contact CoinLab**
*About (about)*                                                                        *1-855-LAB-COIN*
*Press (press)*                                                                        *Seattle, WA*

A card reader, simple pricing, and smarter business tools make it easy for merchants to do what they love and get paid.

- **Free Secure Card Reader**

  Sign up and we'll mail you a free card reader. The reader fits right in your pocket and securely encrypts every swipe. Learn more

- **Easy Setup**

  Download the free Square Register app and link your bank account. No setup fees or long-term contracts. You'll be accepting payments on your smartphone or iPad in minutes.

- **Simple Pricing**

  Pay just 2.75% per swipe for all major credit cards or a flat monthly $275. No other fees—so you know exactly what you pay. Square's pricing fits businesses of all sizes. Learn more about Square's simple pricing

- **Get Paid Fast**

  Funds from swiped payments are deposited directly into your bank account within 1-2 business days.

  Square is so easy and straightforward. It allows us to focus on what we love—making our products and interacting with customers.

  *Carolyn Mix and Darcy Doniger* 2 Note Botanical Perfumery, *Portland, ME*





Search Stanford...



| Cafes & Retail Locations | Hospitality at Bing | Catering Services | Stanford Guest House | Hospitality at SLAC |

Home » Cardinal Dollars



## CONVENIENT, GREAT VALUE, SATISFYING!
Enjoy the convenience and security of going cashless at any R&DE, Stanford Hospitality & Auxiliaries' retail location. When you purchase Cardinal Dollars, your Stanford ID card immediately acquires meal-buying power at popular, award-winning cafes.

### BONUSES
Stanford Hospitality & Auxiliaries offers special bonuses on Cardinal Dollars purchases. Currently, there is a 10% bonus for a Cardinal Dollars purchase (e.g., purchase $100 and receive 110 Cardinal Dollars).

### HOW TO PURCHASE CARDINAL DOLLARS
Students may purchase Cardinal Dollars online one of two ways:

1) My Account page on the Stanford Dining website and add it to your student bill.

2) Via credit card here.

**Staff and faculty** may purchase Cardinal Dollars online:

1) Via credit card here.

**Parents** may purchase Cardinal Dollars for students online:

1) Via credit card here.

Students, staff and faculty can also purchase Cardinal Dollars in person by visiting the Meal Plan Customer Service Office at Arrillaga Family Dining Commons Meal Plan Office on the first floor, 489 Arguello Way, Stanford, CA 94305, by calling the Meal Plan Customer Service line at (650) 723-4751, or by email at diningplans@stanford.edu.

### CARDINAL DOLLARS PAYMENT OPTIONS
Credit Card
Cash
Personal Check

### WHERE CAN I USE CARDINAL DOLLARS?
You can use Cardinal Dollars at any Retail Cafe operated by Stanford Hospitality & Auxiliaries including:

- Munger Graduate Residences - Russo Cafe @ Bldg. 4
- The Market at Munger in Munger Graduate Residence, Bldg. 5, Jacobson-Sorensen Hall
- The Axe and Palm @ Old Union
- Union Square @ Tresidder Memorial Union including Heirlooms, Basils, Panda Express, Subway, Starbucks, Fraiche Yogurt and Decadence
- Olives@ Bldg.160
- The Cafe at the Arrillaga Alumni Center
- The Med Cafe at LKSC
- Law School Café
- hospitality.stanford.edu/amazinglocations

You can also use Cardinal Dollars at Stanford Dining Halls, including Latenite @ Lakeside, and The Dish @ Arrillaga.

### EXPIRATION
Cardinal Dollars that are purchased separately or in addition to a meal plan carry over from quarter to quarter, and from year to year. These Cardinal Dollars do not expire unless they have been used, and are valid at all Stanford Hospitality & Auxiliaries' retail locations.

Meal Plan Dollars provided as part of a meal plan must be used within each quarter, and are valid at selected Stanford Hospitality & Auxiliaries' retail locations.

### CONTACT
For additional information, contact us at diningplans@stanford.edu, or by phone at 650-723-4751.

---

Residential & Dining ENTERPRISES
STANFORD UNIVERSITY
Creating a Culture of Excellence
STANFORD HOSPITALITY & AUXILIARIES

### STANFORD HOSPITALITY & AUXILIARIES

- Michael Gratz, Executive Director
- About Us
- Hours of Service
- Athletic Concessions
- Cardinal Dollars
- Awards & Accomplishments
- FAQ
- Contact Us

### SUSTAINABILITY & WELLNESS

- Our Way Of Life
- Commitment to Wellness
- Food Quality and Safety

### WHAT'S NEW?!

- Introducing 'Café Fast-Pass' - Order Lunch Online NOW!
- Hospitality Gift Card

### RETAIL LOCATIONS

- Order now using Café Fast-Pass!
- Ten Amazing Locations
- The Axe and Palm
- Russo Cafe at Munger Residence
- The Market @ Munger
- Med Café
- Olives at Bldg 160
- The Cafe at the Arrillaga Alumni Center
- Union Square @ Tresidder Memorial
- Subway at Tresidder
- The Stanford Farm Stand

### RESIDENTIAL & DINING ENTERPRISES

- Office of the Senior Associate Vice Provost for R&DE
- Student Housing
- Stanford Dining
- Stanford Conferences
- Stanford Hospitality & Auxiliaries