## SCHEDULE F
**Investment Profiles of Unlicensed MSB Defendants**

CrunchBase is hiring! Check out our open positions →

# CrunchBase

AdChoices ▷

Home > Companies > ActBlue

ActBlue    The online clearinghouse for Democratic action.

## General Information

| | |
|---|---|
| Website | actblue.com |
| Phone | (617) 517-7600 |
| Email | info@actblue.com |
| Employees | |
| Founded | 2004 |

## Offices

HQ
14 Arrow Street
Suite 11
Cambridge, MA, 02138
USA

## Tags

# ActBlue

ActBlue is the nation's largest source of funds for Democrats. Launched in 2004, ActBlue created and deployed the next generation of online fundraising tools, enabling individuals and groups to raise money for the Democratic candidates and committees of their choice at www.actblue.com. In four years, ActBlue has sent more than $166 million to some 3200 candidates and committees from more than 420,000 donors, with a median contribution of only fifty dollars, doing as much to ensure a sustainable Democratic future as any other player in the field.

## Recent Milestones

## Videos

## Screenshots



**Above:** ActBlue Screenshot -- #1
**Uploaded:** 10/23/10

## Sources

CrunchBase is hiring! Check out our open positions →

# Crunch**Base**

Home > Companies > **Airbnb**



## General Information

| | |
|---|---|
| Website | airbnb.com |
| Blog | blog.airbnb.com |
| Twitter | @airbnb |
| Category | Consumer Web |
| Phone | 800-615-3017 |
| Email | press@airbnb.com |
| Employees | |
| Founded | 2007 |
| Description | Marketplace for unique accommodations |

## Offices

**Headquarters**
99 Rhode Island St
San Francisco, CA, 94103
USA
See nearby companies

## People

Brian Chesky
CEO & Co-Founder!
Andrew Swain
CFO
Greg McAdoo
Board Member
Monroe Labouisse
Director, Customer Support, Risk &
Policy
Karishma Shah
Events Manager
Steph Tekano
Lead Designer
Tan Lam
Social Media Manager
Patrick Desmond
Global Sales & Activation Lead
Show All People

## Former People

# Airbnb

Founded in August 2008 and based in San Francisco, California, Airbnb is a trusted community marketplace for people to list, discover, and book unique spaces around the world – online or from a mobile phone. Whether an apartment for a night, a castle for a week, or a villa for month, Airbnb connects people to unique travel experiences, at any price point, in more that 26,000 cities and 192 countries. And with world-class customer service and a growing community of users, Airbnb is the easiest way for people to monetize their extra space and showcase it to an audience of millions.

## Recent Milestones

**Airbnb** acquired Localmind. (12/1/12)
Posted 12/20/12 at 4:06pm via airbnb.com
**Airbnb** added Gustaf Alstromer as Producer, Growth. (11/1/12)
Posted 11/18/12 at 7:12pm
**Airbnb** acquired Fondu for $575k. (10/3/12)
Posted 2/6/13 at 1:31pm via businessinsider.com
**Airbnb** added Richard Heard as iOS Engineer. (7/30/12)
Posted 7/27/12 at 2:43am
**Airbnb** acquired NabeWise. (7/1/12)
Posted 1/11/13 at 2:47pm via cnn.com
**Airbnb** acquired Crashpadder. (3/20/12)
Posted 3/20/12 at 6:40pm via techcrunch.com
**Airbnb** acquired DailyBooth. (1/1/12)
Posted 7/24/12 at 6:28pm via businessinsider.com
**Airbnb** added Tan Lam as Social Media Manager. (1/1/12)
Posted 2/6/12 at 7:54am
**Airbnb** added Monroe Labouisse as Director, Customer Support, Risk & Policy. (8/1/11)
Posted 11/10/11 at 7:44pm
$ **Airbnb** received $112M in Series B funding. (7/25/11)
Posted 5/30/11 at 5:22pm via techcrunch.com
**Airbnb** added Patrick Desmond as Global Sales & Activation Lead. (7/1/11)
Posted 8/12/12 at 9:32pm
**Airbnb** acquired Accoleo. (6/1/11)
Posted 6/1/11 at 3:26am via techcrunch.com
**Airbnb** — Airbnb Has Arrived: Raising Mega-Round at a $1 Billion+ Valuation (5/30/11) [11]
Posted 5/30/11 at 5:20pm via techcrunch.com
**Airbnb** added Brian Armstrong as Technical Project Manager. (5/16/11)
Posted 5/28/11 at 11:36am
**Airbnb** added Daniel Pourasghar as Product. (5/5/11)
Posted 1/30/12 at 11:21pm
**Airbnb** added Karishma Shah as Events Manager. (5/1/11)
Posted 5/28/11 at 11:16am

## Videos

## Screenshots

Nick Grandy
Lead Engineer
Peter Ehrlich
Engineering Intern
Brian Armstrong
Technical Project Manager
Show All Former People

## Acquisitions

| | |
|---|---|
| Total | **$575k** |
| Localmind, 12/12 [1] | |
| Fondu, 10/12 [2] | $575k |
| NabeWise, 7/12 [3] | |
| Crashpadder, 3/12 [4] | |
| DailyBooth, 1/12 [5] | |
| Accoleo, 6/11 [6] | |

## Funding

| | |
|---|---|
| **TOTAL** | **$120M** |
| **FUNDING TOTAL** | **$120M** |
| Seed, 1/09 [7] Y Combinator | $20k |
| Seed, 4/09 [8] Sequoia Capital Youniversity Ventures | $600k |
| Series A, 11/10 [9] Sequoia Capital Greylock Partners SV Angel Keith Rabois Youniversity Ventures Elad Gil Jeremy Stoppelman | $7.2M |
| Series B, 7/11 [10] Andreessen Horowitz General Catalyst Partners Jeff Bezos Digital Sky Technologies CrunchFund Ashton Kutcher | $112M |

## Competitors

Roomorama, iStopOver, Wimdu, Localo, 9flats, FlipKey, HomeAway, AlwayOnVacation, TravelRent.com, VRBO, upiq, WorldEscape.com, kozaza.com, HouseTrip

## Tags

travel, hotels, peer-to-peer, smart, community, shareable, mesh, sharing-economy, money



**Above:** Homepage
**Uploaded:** 7/29/12

## Traffic Analytics

### Compete



### Sources

CrunchBase is hiring! Check out our open positions →

# Crunch**Base**

Home > Companies > Balanced



## General Information

| | |
|---|---|
| Website | https://www.balan... |
| Blog | https://blog.bala... |
| Twitter | @balanced |
| Category | eCommerce |
| Employees | 10 |
| Founded | 10/10 |
| Description | Processing. Escrow. Payouts. One API. |

## Offices

HQ
San Francisco, CA, 94103
USA
See nearby companies

## People

Matin Tamizi
CEO/Co-founder
Mahmoud Abdelkader
CTO/Co-founder

## Former People

Leona Cook

## Funding

| | |
|---|---|
| TOTAL | **$4.8M** |
| FUNDING TOTAL | **$4.8M** |

Seed, 11/12 [1]

# Balanced

Balanced is the first payment system designed for marketplaces from the ground up. We provide a feature-rich, fully integrated api that allows marketplaces to charge cards, escrow funds, deposit next day via ACH direct, and collect their own marketplace fees.

## Recent Milestones

$ Balanced received $3.4M in Seed funding. (4/3/13)
    Posted 3/29/13 at 3:18am via finsmes.com
$ Balanced received $1.4M in Seed funding. (11/16/12)
    Posted 11/19/12 at 2:53am via techcrunch.com
✔ Balanced added Mahmoud Abdelkader as CTO/Co-founder. (1/4/11)
    Posted 6/28/12 at 6:01pm
✔ Balanced added Matin Tamizi as CEO/Co-founder. (3/9/10)
    Posted 6/28/12 at 6:01pm

## Videos

## Screenshots

## Sources

SV Angel          $1.4M
Brian Chesky
Ashton Kutcher
Yishan Wong

Seed, 4/13 [2]
Andreessen Horowitz
Collaborative Fund
Y Combinator
SV Angel
Brian Chesky        $3.4M
Yishan Wong
Ashton Kutcher
Ronnie Cheng
Justin Mitchell
Nick Bilogorskiy

## Tags

payments, marketplaces, mobile-
payments, peer-to-peer

CrunchBase is hiring! Check out our open positions →

# CrunchBase



Home > Companies > Coinbase

 **Beta**

## Coinbase

Founded in June of 2012, Coinbase is a bitcoin wallet and platform where merchants and consumers can transact with the new digital currency bitcoin.

## General Information

| | |
|---|---|
| Website | coinbase.com |
| Twitter | @coinbase |
| Category | eCommerce |
| Employees | in |
| Founded | 6/12 |
| Description | Bitcoin Wallet |

## Offices

San Francisco, USA
Bluxome street
San Francisco, CA, 94107
USA

## People

Brian Armstrong
Founder & CEO
Fred Ehrsam
Co-Founder

## Funding

| | |
|---|---|
| TOTAL | **$600k** |
| FUNDING TOTAL | **$600k** |

Seed, 9/12 [1]
Alexis Ohanian
Y Combinator    $600k
Greg Kidd
Garry Tan

## Tags

bitcoin, bitcoin-wallet, bitcoin-exchange, bitcoin-merchant-tools

## Recent Milestones

✔ Coinbase added Fred Ehrsam as Co-Founder. (12/14/12)
   Posted 3/6/13 at 12:19am
$ Coinbase received $600k in Seed funding. (9/12/12)
   Posted 2/14/13 at 1:43pm via privateinternetaccess.com
✔ Coinbase added Brian Armstrong as Founder & CEO. (7/1/12)
   Posted 12/12/12 at 10:06pm

## Videos

## Screenshots

## Sources

CrunchBase is hiring! Check out our open positions →

# CrunchBase

Home > Companies > **Dwolla**



## General Information

| | |
|---|---|
| Website | dwolla.com |
| Blog | blog.dwolla.com |
| Twitter | @dwolla |
| Category | eCommerce |
| Phone | 515-280-1000 |
| Email | support@dwolla.org |
| Employees | 15 |
| Founded | 6/08 |
| Description | Web + Dollar = Dwolla |

## Offices

Dwolla
Des Moines, IA, 50309
USA

## People

Ben Milne
CEO
JD Geneser
CFO
Charise Flynn
COO
Suku Radia
Advisor
Matt Harris
Advisor
Jordan Lampe
Director of Communications
Alexander Taub
Biz Dev
Shane Reiser

# Dwolla

Dwolla provides a free web based software platform which allows users to send, receive, and request funds from any other user. Dwolla's maximum transaction cost is 25 cents per transaction.

## Recent Milestones

💲 Dwolla received $16.5M in Series C funding. (5/1/13)
    Posted 5/1/13 at 8:05pm via techcrunch.com
✔ Dwolla added Alexander Taub as Biz Dev. (4/15/12)
    Posted 6/7/12 at 10:12am
💲 Dwolla received $5M in Series B funding. (2/7/12)
    Posted 2/7/12 at 1:31pm via techcrunch.com
✔ **Dwolla** — Payments Service Dwolla Hits $1M A Week In Transactions (6/16/11) 6

Posted 6/16/11 at 7:24pm via techcrunch.com
✔ Dwolla added Charise Flynn as COO. (2/7/11)
    Posted 2/7/11 at 10:49am
💲 Dwolla received $1M in Series A funding. (11/17/10)
    Posted 11/17/10 at 11:24am via siliconprairienews.com
✔ Dwolla added JD Geneser as CFO. (4/6/10)
    Posted 4/6/10 at 1:04pm
💲 Dwolla received $55k in Grant funding. (3/18/10)
    Posted 3/22/10 at 7:34am via iowalifechanging.com
✔ Dwolla added Jordan Lampe as Director of Communications. (1/1/10)
    Posted 11/16/12 at 10:30am
✔ Dwolla added Shane Neuerburg as CTO. (12/1/09)
    Posted 12/6/09 at 12:50pm
✔ Dwolla added Ben Milne as CEO. (12/1/09)
    Posted 12/6/09 at 12:50pm
✔ Dwolla added Greg Anfinson as CIO. (12/1/09)
    Posted 12/6/09 at 12:50pm
💲 Dwolla received $250k in Angel funding. (11/1/09)
    Posted 12/21/09 at 9:36pm
✔ Dwolla added Shane Reiser as Builder. (10/4/00)
    Posted 10/7/12 at 6:02pm
✔ Dwolla added Suku Radia as Advisor.
    Posted 2/7/11 at 10:49am
✔ Dwolla added Christian Renaud as Advisor.
    Posted 2/7/11 at 10:49am

## Videos

## Screenshots

Builder

## Former People

Shane Neuerburg
CTO
Greg Anfinson
CIO
Christian Renaud
Advisor

## Funding

| | |
|---|---|
| TOTAL | **$22.8M** |
| FUNDING TOTAL | **$22.8M** |
| Angel, 11/09 [1] | $250k |
| Grant, 3/10 [2] | $55k |
| Series A, 11/10 [3] | $1M |

Series B, 2/12 [4]
Union Square Ventures
Village Ventures
Thrive Capital                    $5M
Paige Craig
BetterWorks
Artists & Instigators

Series C, 5/13 [5]
Andreessen Horowitz
Village Ventures                 $16.5M
Thrive Capital
Union Square Ventures

## Competitors

PayPal, Revolution Money, obopay,
Square, Visa, OpenCuro Inc.,
PayNearMe, Google wallet,
Popmoney, Stripe

## Tags

dwolla, merchant-account, online-
cash, mobile-payments, payment-
network





✔ Send & receive money instantly.
✔ Free or premium business and personal accounts.
✔ 0% processing fee instead of 2% - 5% with other services.
✔ Maximum cost of 25 cents per transaction.
✔ Innovative search tools.
✔ No monthly fees or minimum balance requirements.
✔ Send and attach invoices free of charge.

Current Users

| ACCOUNT ID | PASSWORD |
|---|---|
| | ••••••• |

Log In    Need help?

I forgot my account ID!
I forgot my password!
I forgot my PIN!

New Users

Dwolla is currently in a BETA stage and only
users who are invited may use our system.
Currently if you do not have an invitation you can
sign up to receive a registration code as it is
available.

**Enter Your E-Mail**

Sign Up

**Above:** Front UI @ 12.1 Iowa Launch
**Uploaded:** 12/7/09





**Above:** Homepage
**Uploaded:** 9/23/11

CrunchBase is hiring! Check out our open positions →

# CrunchBase

Home > Companies > Facebook



## Exit

| | |
|---|---|
| Public | NASDAQ:FB |
| Date | 5/12 |
| Raised | $16B |
| Post IPO Valuation | $2.74B |

## General Information

| | |
|---|---|
| Website | facebook.com |
| Blog | blog.facebook.com |
| Twitter | @facebook |
| Category | Consumer Web |
| Employees | 1,000 |
| Founded | 2/04 |
| Description | Social network |

## Offices

Headquarters
Menlo Park, CA
USA
See nearby companies
Europe HQ
Dublin, IRL
See nearby companies
New York
340 Madison Ave
New York, NY, 10017
USA
See nearby companies

## People

Mark Zuckerberg
Founder and CEO, Board Of
Directors
Sheryl Sandberg
COO
David Ebersman
CFO
Jonathan Heiliger

# Facebook

Facebook is the world's largest social network, with over 1 billion monthly active users.

Facebook was founded by Mark Zuckerberg in February 2004, initially as an exclusive network for Harvard students. It was a huge hit: in 2 weeks, half of the schools in the Boston area began demanding a Facebook network. Zuckerberg immediately recruited his friends Dustin Moskovitz, Chris Hughes, and Eduardo Saverin to help build Facebook, and within four months, Facebook added 30 more college networks.

The original idea for the term Facebook came from Zuckerberg's high school (Phillips Exeter Academy). The Exeter Face Book was passed around to every student as a way for students to get to know their classmates for the following year. It was a physical paper book until Zuckerberg brought it to the internet.

With this success, Zuckerberg, Moskowitz and Hughes moved out to Palo Alto for the summer and rented a sublet. A few weeks later, Zuckerberg ran into the former cofounder of Napster, Sean Parker. Parker soon moved in to Zuckerberg's apartment and they began working together. Parker provided the introduction to their first investor, Peter Thiel, cofounder of PayPal and managing partner of The Founders Fund. Thiel invested $500,000 into Facebook.

With millions more users, Friendster attempted to acquire the company for $10 million in mid 2004. Facebook turned down the offer and subsequently received $12.7 million in funding from Accel Partners, at a valuation of around $100 million. Facebook continued to grow, opening up to high school students in September 2005 and adding an immensely popular photo sharing feature the next month. The next spring, Facebook received $25 million in funding from Greylock Partners and Meritech Capital, as well as previous investors Accel Partners and Peter Thiel. The pre-money valuation for this deal was about $525 million. Facebook subsequently opened up to work networks, eventually amassing over 20,000 work networks. Finally in September 2006, Facebook opened to anyone with an email address.

In the summer of 2006, Yahoo attempted to acquire the company for $1 billion dollars. Reports actually indicated that Zuckerberg made a verbal agreement to sell Facebook to Yahoo. A few days later when Yahoo's stock price took a dive, the offer was lowered to $800 million and Zuckerberg walked away from the deal. Yahoo later offered $1 billion again, this time Zuckerberg turned Yahoo down and earned instant notoriety as the "kid" who turned down a billion. This was not the first time Zuckerberg turned down an acquisition offer; Viacom had previously unsuccessfully attempted to acquire the company for $750 million in March 2006.

Not long after, in October 2007, Microsoft invested $240 million into Facebook for 1.6 percent of the company. This meant a valuation of over $15 billion, making Facebook the 5th most valuable US Internet company, yet with only $150 million in annual revenue. Many explained Microsoft's decision as being solely driven by the desire to outbid Google.

Facebook continued to receive funding, most notably in January 2011 receiving a $1.5 billion round, valuing the company at $50 billion. A year later, in February 2012, Facebook announced that it was filing for its long-anticipated initial public

VP of Technical Operations
Elliot Schrage
VP of Global Communications,
Marketing and Public Policy
Mike Schroepfer
Vice President, Engineering
Dan Rose
VP of Partnerships and Platform
Marketing
Chris Cox
VP Product
Show All People

## Former People

Dustin Moskovitz
Co-Founder
Owen Van Natta
Chief Revenue Officer, VP of
Operations
Matt Cohler
VP of Product Management
Show All Former People

## Acquisitions

| Total | $1.19B |
|---|---|
| Parse, 4/13 [1] | |
| Spaceport.io, 4/13 [2] | |
| Osmeta, 4/13 [3] | |
| Storylane, 3/13 [4] | |
| Atlas Advertiser Suite, 2/13 [5] | |
| Face.com, 11/12 [6] | $60M |
| threadsy, 8/12 [7] | |
| Spool, 7/12 [8] | |
| Bolt | Peters, 6/12 [9] | $50M |
| Karma, 5/12 [10] | |
| Lightbox, 5/12 [11] | |
| Glancee, 5/12 [12] | |
| Tagtile, 4/12 [13] | |
| Instagram, 4/12 [14] | $1.01B |
| GazeHawk, 3/12 [15] | |
| Friend.ly, 3/12 [16] | |
| Sendoid, 3/12 [17] | |
| Gowalla, 12/11 [18] | |
| WhoGlue, 11/11 [19] | |
| Strobe, 11/11 [20] | |
| Digital Staircase, 11/11 [21] | |
| Snaptu, 9/11 [22] | |

offering. The company went public on May 18, 2012, opening on the NASDAQ with shares trading at $42.05.

One sour note for Facebook has been the controversy with social network ConnectU. The founders of ConnectU, former classmates of Mark Zuckerberg at Harvard, allege that Zuckerberg stole their original source code for Facebook. The ordeal has gone to court, and has now been resolved.

Notwithstanding this lingering controversy, Facebook's growth has been staggering. Facebook announced astonishing numbers in February 2012 upon filing for its IPO. Over 845 million users log into Facebook every month, and 483 million users log in daily. Mobile users now make up half of Facebook's user base, with 425 million monthly actives. Facebook also announced that by the end of 2011 there had been 100 billion friend connections, and in recent months users had been registering 2.7 billion Likes and Comments per day. Facebook is one of the most trafficked sites in the US, and its international growth has been impressive. Additionally, Facebook is the top photo sharing site with 250 million photos uploaded per day.

Facebook users' passion—or addiction—to the site is unparalleled: more than half use the product every single day and users spend an average of 19 minutes a day on Facebook. The site's popularity has garnered it pop culture fame, so much so that in 2010 a feature film entitled *The Social Network* was released which chronicled Facebook's inception.

In its 2012 IPO filing, Facebook announced that it intends to grow in the near future by expanding its global user base, increasing engagement by developing new social tools, improving the mobile experience, and creating more value for advertisers and users.

## Recent Milestones

🌐 Facebook acquired Parse. (4/25/13)
Posted 4/25/13 at 1:28pm via techcrunch.com
🌐 Facebook acquired Spaceport.io. (4/23/13)
Posted 4/23/13 at 12:25pm via techcrunch.com
🌐 Facebook acquired Osmeta. (4/11/13)
Posted 4/11/13 at 8:02am via techcrunch.com
🌐 Facebook acquired Storylane. (3/8/13)
Posted 3/8/13 at 2:26pm via mashable.com
🌐 Facebook acquired Atlas Advertiser Suite. (2/28/13)
Posted 3/1/13 at 4:46pm via techcrunch.com
✔ Facebook added Tuhin Kumar as Product Designer. (2/1/13)
Posted 2/18/13 at 12:14pm
🌐 Facebook acquired Face.com for $60M. (11/22/12)
Posted 10/24/12 at 1:13am via techcrunch.com
✔ Facebook added Skyler Vander Molen as Communication Designer. (10/22/12)
Posted 12/6/12 at 9:31am
✔ Facebook added Pablo Gil as Media Solutions. (10/8/12)
Posted 10/29/12 at 12:46pm
✔ Facebook added Lukasz Wiecek as Software Engineer, Intern. (9/24/12)
Posted 1/22/13 at 4:48pm
✔ Facebook added Eitan Shay as Product Manager. (9/1/12)
Posted 10/5/12 at 9:24am
🌐 Facebook acquired threadsy. (8/24/12)
Posted 8/24/12 at 10:04pm via techcrunch.com
✔ **Facebook** — Facebook Now Has 955 Million Monthly Active User (7/26/12) [51]
Posted 7/26/12 at 6:45pm via businessinsider.com
🌐 Facebook acquired Spool. (7/1/12)
Posted 8/29/12 at 2:18pm via techcrunch.com
🌐 Facebook acquired Bolt | Peters for $50M. (6/21/12)
Posted 5/24/12 at 1:26pm
〰 Went public with stock symbol NASDAQ:FB. (5/18/12)
Posted 5/18/12 at 5:19pm

## Videos

Push Pop Press, 8/11 [23]

Sofa, 6/11 [24]

Beluga, 3/11 [25]

Rel8tion, 1/11 [26]

Pursuit, 2011 [27]

Zenbe, 11/10 [28]

drop.io, 10/10 [29]

Nextstop, 9/10 [30]      $2.5M

Chai Labs, 8/10 [31]      $10M

Hot Potato, 7/10 [32]      $10M

ShareGrove, 5/10 [33]

Divvyshot, 4/10 [34]

Octazen Solutions, 2/10 [35]

FriendFeed, 8/09 [36]      $47.5M

Parakey, 7/07 [37]

## Investments

LuckyCal [38]      2/09

Wildfire, a division of Google [39]      12/08

## Funding

| TOTAL | $2.24B |
|---|---|
| FUNDING TOTAL | $2.24B |
| Angel, 9/04 [40] Peter Thiel Reid Hoffman | $500k |
| Series A, 5/05 [41] Accel Partners Mark Pincus Reid Hoffman | $12.7M |
| Series B, 4/06 [42] Greylock Partners Meritech Capital Partners Founders Fund SV Angel | $27.5M |
| Series C, 10/07 [43] Microsoft | $240M |
| Series C, 11/07 [44] Li Ka-shing Horizons Ventures | $60M |
| Series C, 1/08 [45] European Founders Fund | $15M |
| Series C, 3/08 [46] Li Ka-shing Horizons Ventures | $60M |

## Screenshots



**Above:** Facebook Screenshot -- #1
**Uploaded:** 4/28/09

## Products

Facebook Chat

Facebook Connect

Facebook Lite

Facebook Mobile

Facebook News Feed

Facebook Places

Facebook Platform

Facebook Zero

## Stock Price

View the full NASDAQ:FB chart at Wikinvest

## Traffic Analytics

## Quantcast



## Compete

Case5:13-cv-02054-EJD Document1-3 Filed05/06/13 Page13 of 37



| | |
|---|---|
| Series D, 5/09 [47] Digital Sky Technologies | $200M |
| Venture Round, 6/10 [48] Elevation Partners | $120M |
| Venture Round, 1/11 [49] Goldman Sachs Digital Sky Technologies | $1.5B |
| **DEBT TOTAL** | **$100M** |
| Debt, 5/08 [50] TriplePoint Capital | $100M |

## Competitors

MySpace, Friendster, Slide, Zvents, FriendFeed, hi5, Flickr, Bebo, AOL, CityIN, Tagged, VK.com, tymr

## Service Providers

The OutCast Agency
GTT
Transvideo Studios
Cooley LLP
**Legal**
The Local Data Company
Baker & McKenzie
**Legal**
Schox Patent Group
**Patent Counsel**

## Tags

facebook, college, students, profiles, network, online-communities, social-networking

## Sources

CrunchBase is hiring! Check out our open positions →

# CrunchBase



Home > Companies > GoPago



## General Information

| | |
|---|---|
| Website | gopago.com |
| Twitter | @gopago |
| Category | Mobile/Wireless |
| Phone | 800-595-5199 |
| Email | help@gopago.com |
| Employees | 55 |
| Founded | 2009 |
| Description | Smartphones for Mobile Commerce |

## Offices

San Francisco, USA
44 Montgomery Street, Suite 250
San Francisco, CA, 94104
USA

## People

Leo Rocco
Founder and CEO
Steve Elefant
Chief Strategy Officer

## Funding

**VENTURE FUNDING**

Venture Round, 2/12 [1]
JP Morgan

## Tags

# GoPago

GoPago is a total commerce solution, comprised of a point-of-sale system with a fully integrated mobile payments platform. GoPago LIVE connects merchants with consumers, enabling interaction throughout the entire transaction, and after with rewards capability. GoPago LIVE is delivered to merchants as a turn-key solution: all the hardware (tablet, receipt printer, cashbox, credit card reader), cloud-based software, payment processing, 4G LTE data connectivity, and a streamlined interface for mobile and in-store purchases. Merchants can access real-time data analytics straight from the tablet or via a web portal, empowering merchants to act on business insights anytime, anywhere.

GoPago was originally conceived in 2007 when founder and CEO Leo Rocco missed Barry Bonds' record-breaking home run while he was waiting in line at a concessions stand. Rocco believed there was a need to bridge the gap between merchants and customers.

## Recent Milestones

✔ GoPago added Steve Elefant as Chief Strategy Officer. (1/1/13)
  Posted 4/23/13 at 1:18pm
✔ **GoPago** — GoPago launches it's mobile ordering system in San Francisco. (4/3/12) [2]
Posted 7/27/12 at 9:21am via gigaom.com
💲 GoPago received () in Venture Round funding. (2/23/12)
  Posted 2/23/12 at 5:43am via techcrunch.com
✔ **GoPago** — August 2009 GoPago, Inc is Founded by Leo Rocco (8/30/09) [3]
Posted 6/1/12 at 10:10pm
✔ GoPago added Leo Rocco as Founder and CEO. (1/1/09)
  Posted 4/23/13 at 1:17pm

## Videos

## Screenshots

CrunchBase is hiring! Check out our open positions →

# CrunchBase

▷

Home > Companies > Gumroad

 gumroad

## General Information

| Website | https://gumroad.com |
|---|---|
| Blog | blog.gumroad.com |
| Twitter | @gumroad |
| Category | Consumer Web |
| Phone | 6507423913 |
| Email | hi@gumroad.com |
| Employees | 10🔲 |
| Founded | 2011 |
| Description | Lets creatives sell directly. |

## Offices

HQ
San Francisco, CA, 94103
USA

## People

Sahil Lavingia
Founder & CEO
Michael Abbott
Board of Directors
Ryan Delk
Growth

## Former People

Semil S Shah
Adam Besvinick
Business Development

## Funding

| TOTAL | $8.1M |
|---|---|
| FUNDING TOTAL | $8.1M |

Seed, 2/12 [1]
Accel Partners
Chris Sacca
Max Levchin      $1.1M
SV Angel
Seth Goldstein

# Gumroad

Gumroad enables creatives to sell directly to their audience — so that they can make a living doing what they love.

Writers, designers, game developers, musicians, artists, and filmmakers use Gumroad to earn money off of their creative efforts.

## Recent Milestones

💲 Gumroad received $7M in Series A funding. (5/7/12)
    Posted 5/7/12 at 1:09pm via techcrunch.com
✔Gumroad added Ryan Delk as Growth. (4/1/12)
    Posted 10/14/12 at 9:19pm
✔Gumroad added Adam Besvinick as Business Development. (4/1/12)
    Posted 10/10/12 at 7:54pm
💲 Gumroad received $1.1M in Seed funding. (2/8/12)
    Posted 2/8/12 at 6:25pm via techcrunch.com
✔Gumroad added Sahil Lavingia as Founder & CEO.
    Posted 11/21/11 at 11:12am
✔Gumroad added Michael Abbott as Board of Directors.
    Posted 4/15/13 at 4:35pm

## Videos

## Screenshots



**Above: Gumroad**
**Uploaded: 11/25/11**

First Round Capital

**Series A, 5/12** [2]
Kleiner Perkins Caufield &
Byers                          **$7M**
CrunchFund
First Round Capital

## Competitors

PayLoadz, Sellbox, Ribbon, Chec

## Tags

commerce



**Above:** Demo
**Uploaded:** 3/3/12



**Above:** Demo
**Uploaded:** 3/3/12

CrunchBase is hiring! Check out our open positions →

# CrunchBase

▷

Home > Companies > Square

 Square

## General Information

| | |
|---|---|
| Website | squareup.com |
| Twitter | @Square |
| Category | Mobile/Wireless |
| Employees | 200🔗 |
| Founded | 2/09 |
| Description | Mobile payments system |

## Offices

Product & Engineering
110 5th Street
San Francisco , CA, 94103
USA
Engineering
St. Louis, MO
USA

## People

Jack Dorsey
Co-Founder, CEO
Jim McKelvey
Co-Founder
Tristan O'Tierney
Co-Founder
Keith Rabois
Chief Operating Officer
Bob Lee
CTO
Sarah Friar
CFO
Roelof Botha
Board Member
Mary Meeker
Board Member
Show All People

## Former People

Gideon Yu
Board Member
Buzz Andersen
Software Engineer

# Square

Square is making commerce easy for everyone. Starting with a free credit card reader for the iPhone, iPad, and Android devices, Square Reader allows anyone to accept credit cards anywhere, anytime, for a low transaction rate of 2.75 percent per swipe, with no hidden fees. Square Register serves as a full point-of-sale system for businesses to accept payments, manage items, and share menu and location information. Square Wallet, available in the US, is the most seamless way to pay, enabling individuals to pay at their favorite local businesses, discover new ones nearby, explore menu listings, and store receipts. Founded in 2009, and headquartered in San Francisco, Square is currently available in the U.S. and Canada. More information is available at squareup.com.

## Recent Milestones

🔄 Square acquired 80/20 Group. (10/1/12)
　Posted 10/1/12 at 6:49pm via techcrunch.com
💲 Square received $200M in Series D funding. (9/17/12)
　Posted 8/7/12 at 8:38pm via techcrunch.com
✔ **Square** — As Pay By Phone Advances, Square Takes Another Leap (7/18/12) [8]
Posted 9/28/12 at 6:11am via nytimes.com
✔ **Square** — Dorsey Pitching Square At $4B Valuation To Legg Mason, Fidelity And Other Institutional Investors (4/20/12) [9]
Posted 4/18/12 at 8:11pm via techcrunch.com
💲 Square received $3M in Series C funding. (12/9/11)
　Posted 12/9/11 at 7:58pm via techcrunch.com
✔ **Square** — Processing $11 Million A Day, Jack Dorsey Says: "We Don't Want To Make Square All About Taxi Cabs" (11/13/11) [10]
Posted 11/13/11 at 5:53pm via techcrunch.com
✔ Square added Shuvo Chatterjee as Consumer Products. (10/1/11)
　Posted 11/9/11 at 8:45pm
🔄 Square acquired Catapult Mediaworks, LLC. (9/6/11)
　Posted 10/25/12 at 1:43pm via techcrunch.com
✔ **Square** — Square Now Processing $4 Million In Mobile Payments Per Day (7/31/11) [11]
Posted 7/31/11 at 5:35pm via techcrunch.com
💲 Square received $100M in Series C funding. (6/28/11)
　Posted 6/28/11 at 9:22pm via techcrunch.com
✔ **Square** — Square Raising New Round, Joining Billion Dollar Valuation Club (6/7/11) [12]
Posted 6/7/11 at 7:04pm via techcrunch.com
✔ **Square** — Mo' Money: Square Now Processing $3 Million A Day In Mobile Payments (5/22/11) [13]
Posted 5/22/11 at 3:45pm via techcrunch.com
✔ **Square** — Square introduces the Square register (5/1/11) [14]
Posted 6/28/11 at 4:16pm via squareup.com
✔ **Square** — Square introduces Card Case (5/1/11) [15]
Posted 6/28/11 at 4:16pm via squareup.com
✔ Square added Megan Quinn as Director of Products. (5/1/11)

Megan Quinn
Director of Products
Jared Fliesler
VO of User Acquisition and Business Operations

## Acquisitions

80/20 Group, 10/12 [1]

Catapult Mediaworks, LLC, 9/11 [2]

## Funding

| | |
|---|---|
| TOTAL | $341M |
| FUNDING TOTAL | $341M |

Series A, 11/09 [3]
Khosla Ventures
Greg Yaitanes
Marissa Mayer
Dennis Crowley
Kevin Rose
First Round Capital
Ron Conway
Biz Stone
Joshua Schachter                    $10M
Shawn Fanning
Zachary Bogue
Andrew Rasiej
David Lee
Esther Dyson
Robin Chan
Fritz Lanman
Brian Pokorny
Xavier Niel
Jim Pitkow

Series B, 1/11 [4]
Sequoia Capital                     $27.5M
Visa

Series C, 6/11 [5]
Kleiner Perkins Caufield &
Byers                               $100M
Tiger Technology Global
Management

Series C, 12/11 [6]                 $3M
Richard Branson

Series D, 9/12 [7]
Starbucks
CrunchFund                          $200M
Citi Ventures
Rizvi Traverse Management

## Competitors

Lipman, VeriFone Systems,
Hypercom, Intuit, Google wallet,
OpenCuro Inc., PayNearMe, Dwolla,
FocusPay, mPowa, ClientBiller.com,
ClientBiller.com, Storific, PayPal,
SumUp

Posted 9/15/11 at 10:32pm
✔**Square** — Visa Makes A Strategic Investment In Disruptive Mobile Payments
Startup Square (4/27/11) [16]
Posted 4/27/11 at 6:20pm via techcrunch.com

## Videos

## Screenshots



**Above:** Square Screenshot -- #1
**Uploaded:** 10/19/09



**Above:** Square Screenshot -- #2
**Uploaded:** 12/1/09

## SCHEDULE G
## FinCEN Money Services Business Database Search Results



FinCEN Financial Crimes Enforcement Network
United States Department of the Treasury

### MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022 380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

> *On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

- The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
- MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
- Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
- Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http //bsaefiling.fincen.treas.gov/main html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| MSB REGISTRATION NUMBER/DCN | |
|---|---|
| LEGAL NAME | ActBlue |
| DBA NAME | |
| STREET ADDRESS | |
| CITY | |
| STATE | ▼ |
| ZIP | |
| MSB ACTIVITIES (MSB Services Key List) | ▼ |
| STATES OF MSB ACTIVITIES | ▼ |
| FOREIGN LOCATION | ▼ |

Search    Reset

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

---

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022 380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

*On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

- The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
- MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
- Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
- Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http //bsaefiling.fincen.treas.gov/main html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| | |
|---|---|
| **MSB REGISTRATION NUMBER/DCN** | |
| **LEGAL NAME** | Airbnb |
| **DBA NAME** | |
| **STREET ADDRESS** | |
| **CITY** | |
| **STATE** | |
| **ZIP** | |
| **MSB ACTIVITIES (MSB Services Key List)** | |
| **STATES OF MSB ACTIVITIES** | |
| **FOREIGN LOCATION** | |

Search   Reset

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

---

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## Search Results Page

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POUND PAYMENTS INC | POUND PAYMENTS INC; POUNDPAY; POUND PAY; POUND | 555 BRYANT ST PMB 436 | PALO ALTO | CA | 94301 | 409 | CA | | | | 08/05/2011 | 08/08/2011 |
| POUND PAYMENTS INC | POUND PAYMENTS INC POUNDPAY POUND PAY POUND | 555 BRYANT ST PMB 436 | PALO ALTO | CA | 94301 | | CA | | | | 03/14/2011 | 03/23/2011 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



## MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

*On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

- The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
- MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
- Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
- Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http://bsaefiling.fincen.treas.gov/main.html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| | |
|---|---|
| MSB REGISTRATION NUMBER/DCN | |
| LEGAL NAME | Clinkle |
| DBA NAME | |
| STREET ADDRESS | |
| CITY | |
| STATE | |
| ZIP | |
| MSB ACTIVITIES (MSB Services Key List) | |
| STATES OF MSB ACTIVITIES | |
| FOREIGN LOCATION | |

[ Search ]  [ Reset ]

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

---

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## Search Results Page

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coinbase, Inc. | | 1811 Silverside Road | Wilmington | DE | 19810 | 409 499 | AK AL AR AZ CA CO CT DC DE FL GA HI IA ID IL IN KS KY LA MA MO ME MI MN MO MS MT NC ND NE NH NJ NM NV NY OH OK OR PA RI SC SD TN TX UT VA VT WA WI WV WY AS GU MP PR VI FM PW MH | A | | | 04/22/2013 | 04/23/2013 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



FinCEN  **Financial Crimes Enforcement Network**
United States Department of the Treasury

**Search Results Page**

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CoinLab, Inc. | | 71 Columbia St. Suite 300 | Seattle | WA | 98104 | 409 | WA | | | | 04/09/2013 | 04/10/2013 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

   *On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

   - The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
   - MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
   - Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
   - Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http://bsaefiling.fincen.treas.gov/main.html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| Field | Value |
|---|---|
| MSB REGISTRATION NUMBER/DCN | |
| LEGAL NAME | Dwolla |
| DBA NAME | |
| STREET ADDRESS | |
| CITY | |
| STATE | |
| ZIP | |
| MSB ACTIVITIES (MSB Services Key List) | |
| STATES OF MSB ACTIVITIES | |
| FOREIGN LOCATION | |

[ Search ]   [ Reset ]

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

---

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## Search Results Page

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FACEBOOK PAYMENTS INC | | 1601 SOUTH CALIFORNIA AVENUE | PALO ALTO | CA | 94304 | 409 | CA | | | | 02/22/2011 | 02/23/2011 |
| Facebook Payments Inc. | | 1601 Willow Road | Menlo Park | CA | 94025 | 409 | AK AL AR AZ CA CO CT DC DE FL GA HI IA ID IL IN KS KY LA MA MD ME MI MN MO MS MT NC ND NE NH NJ NM NV NY OH OK OR PA RI SC SD TN TX UT VA VT WA WI WV WY AS GU MP PR VI FM PW MH | A | | | 01/17/2013 | 01/18/2013 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



FinCEN   Financial Crimes Enforcement Network
United States Department of the Treasury

## Search Results Page

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GoPago Inc. | | 44 Montgomery Street Suite 250 | San Francisco | CA | 94104 | 409 | CA NV | | | | 10/01/2012 | 10/02/2012 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



## MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022 380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

   *On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

- The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
- MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
- Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
- Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http://bsaefiling.fincen.treas.gov/main.html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| | |
|---|---|
| **MSB REGISTRATION NUMBER/DCN** | |
| **LEGAL NAME** | Gumroad |
| **DBA NAME** | |
| **STREET ADDRESS** | |
| **CITY** | |
| **STATE** | |
| **ZIP** | |
| **MSB ACTIVITIES (MSB Services Key List)** | |
| **STATES OF MSB ACTIVITIES** | |
| **FOREIGN LOCATION** | |

[ Search ]   [ Reset ]

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

---

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.

---



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## Search Results Page

| LEGAL NAME | DBA NAME | STREET ADDRESS | CITY | STATE | ZIP | MSB ACTIVITIES | STATES OF MSB ACTIVITIES | ALL STATES & TERRITORIES & FOREIGN FLAG | FOREIGN LOCATION | # OF BRANCHES | AUTH SIGN DATE | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLS Check Cashers -Veteran's Square, Inc. | | 4835 N Milwaukee Ave | Chicago | IL | 60630 | 403 404 405 406 407 408 409 | IL | | | 1 | 10/30/2012 | 10/31/2012 |
| PLS CHECK CASHERS -VETERAN'S SQUARE, INC. | | 4835 N MILWAUKEE AVE | CHICAGO | IL | 60630 | 403 404 405 406 407 408 409 | IL | | | 1 | 07/10/2012 | 07/11/2012 |
| Square, Inc. | | 901 Mission Street | San Francisco | CA | 94103 | 409 | AL AK AR DE DC GA ID IA KS KY ME MD MS MO NE ND OK OR PA SD TX UT WA WV WY | | | | 12/03/2012 | 12/04/2012 |
| Square, Inc. | | 901 Mission Street | San Francisco | CA | 94103 | 409 | AL AK AR DE DC GA ID IA KS KY ME MD MS MO NE ND OK OR PA SD TX UT WA WV WY | | | | 12/03/2012 | 12/04/2012 |

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.



**FinCEN** Financial Crimes Enforcement Network
United States Department of the Treasury

## MSB Registrant Search Web page

The MSB Registrant Search Web page contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022 380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

The Web site, which is current as of April 29, 2013, contains data on 33,395 registered MSBs*. This is an increase of 162 MSB registrations from the April 19, 2013, total of 33,233.

*On February 22, 2013 7,598 entities were dropped from the MSB Registrant Search Web page for nonrenewal of registration. Entities that continue to provide activities which would require them to be registered with FinCEN but have been dropped from the MSB Registrant Search Web page should renew their registration immediately. MSBs must use FinCEN's BSA E-Filing System to renew their registration.

The MSB Registrant Search Web page reflects information exactly as provided by the registrant. Posted entries should include: (1) Registrant's legal name, (2) Registrant's "doing business as" name (if applicable), (3) Registrant's address, (4) MSB activities in which the Registrant engages, (5) states in which the Registrant engages in MSB activities, (6) number of branches, (7) date the registration form was signed, and (8) date the registration form was received.

- The MSB Registrant Search Web page is the public information source for MSBs registered with the Financial Crimes Enforcement Network (FinCEN).
- MSB acknowledgement letters will not be sent to MSBs. FinCEN will not provide facsimiles or copies of filed Registration of Money Services Business (RMSB) Form 107s.
- Searches may be performed on individual or multiple fields. Search criteria must be entered exactly as submitted on the Registration of Money Services Business (RMSB) Form 107. Variations in abbreviations or spellings could result in negative search results. If you initially receive a negative search result, please try searching again using the state or zip code field. For best results, please enter an MSB Registration Number.
- Click on the highlighted Legal Name link on the search results page to generate a printable PDF document that contains the registration status information.

For more information about the MSB Registrant Search Web page, please read Questions and Answers.

**You cannot register as an MSB on this Web site.** The most efficient way to register as an MSB is to electronically submit FinCEN Form 107 through the BSA E-Filing System. Please visit the BSA E-Filing System site at: http //bsaefiling.fincen.treas.gov/main html; this link will also allow you to register for the BSA E-Filing System.

System could not find matching data.

| | |
|---|---|
| **MSB REGISTRATION NUMBER/DCN** | |
| **LEGAL NAME** | Stanford University |
| **DBA NAME** | |
| **STREET ADDRESS** | |
| **CITY** | |
| **STATE** | |
| **ZIP** | |
| **MSB ACTIVITIES (MSB Services Key List)** | |
| **STATES OF MSB ACTIVITIES** | |
| **FOREIGN LOCATION** | |

Search      Reset

View/download all currently registered MSBs in Excel. FinCEN is providing the information contained in this spreadsheet for the benefit of the financial institutions who use this site and requested a media type to integrate into their data processing systems. It is not intended to be a substitute for the information contained on the Web site and should not be relied on in lieu thereof.

**The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.**

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant. FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN. If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.

## SCHEDULE H
**Plaintiff's Money Transmission Licenses**

**IRS** Department of the Treasury
Internal Revenue Service

IRS Enterprise Computing Center-Detroit
985 Michigan Avenue
P.O. Box 33116
Detroit, Michigan 48232-5116

Document Control Number
(DCN): **20100340029925**

Date of Signature:
**02/05/2009**

000103.668077.0001.001 2 SP 0.610 1022

Date of Notice:
**MAR 04, 2010**

Taxpayer Identification
Number: **34-1864509**

 **THINK COMPUTER CORPORATION
385 SHERMAN AVENUE SUITE 14
PALO ALTO, CA 94306-1864**

Contact: IRS-ECC-D Hotline
Call: 1-800-800-2877

00103

## ACKNOWLEDGEMENT LETTER

Dear Sir or Madam:

The IRS Enterprise Computing Center-Detroit (IRS-ECC-D) has received and
processed the Registration of Money Services Business (MSB) form (FinCEN Form
107) that you have filed. This acknowledgement letter is the only proof of your
MSB registration status. You will be sent an acknowledgement letter each time
an Initial Registration, Renewal, Correction or Re-registration is filed.

### Verification of Information

Please verify that the information in the computer-generated facsimile is
accurate and complete, including the Date of Signature and the statement
indicating that the original was signed. If corrections are necessary, please
make the corrections directly on the facsimile by drawing a line through the
incorrect information and writing the correct information next to it. Use the
enclosed envelope to return the corrected facsimile to IRS-ECC-D within 20 days
from the date of this letter. Do not send a new Registration form. Make a copy
of the corrected facsimile for your business records before mailing. A new
acknowledgement letter and corrected facsimile will be mailed to you within 90
days. If the facsimile does not need to be corrected, please keep it with this
acknowledgement letter for your records with a copy of your filed Registration
form. You are required to keep all of this documentation for five (5) years
from the date of filing.

### Two-Year Registration Renewal Requirement

You must renew your registration by filing another new FinCEN Form 107,
Registration of Money Services Business, checking box 1(b) Renewal, by December
31 every two (2) years. If you initially registered on any date in one (1)
year, you must renew your registration by December 31 of the following year.
All subsequent renewals will be required every 24 months thereafter by December
31. In addition, each MSB must implement an effective anti-money laundering
compliance program and may have other reporting, customer identification and
record keeping requirements. Information on these requirements and other
MSB-related topics can be found at www.msb.gov or at www.fincen.gov.

| NOTE<br>RETURN ADDRESS IS BELOW | PLEASE RETURN ALL MATERIAL<br>SENT WITH YOUR REPLY<br><br>RETURN ADDRESS MUST SHOW<br>THROUGH ENVELOPE<br>WINDOW |

IRS Enterprise Computing Center-Detroit
985 Michigan Avenue
P.O. Box 33116
Detroit, Michigan 48232-5116

001355

DCN: **20100340029925**

If you have any questions regarding this letter, please use the contact
information above to write or call the IRS-ECC-D.  Thank you for your
cooperation in this matter.


Sincerely yours,

John N. Sobczak
Operations Manager, CTR

)00103

Enclosures:
Facsimile of Registration of Money Services Business
Business Reply Envelope

001356

** FACSIMILE **

## FinCEN Form 107

**August, 2008**
Previous editions will not be accepted after February, 2009.

# Registration of Money Services Business

Please type or print. Always complete entire report.



OMB No. 1506-0013

### Part I — Filing Information

1 Indicate the type of filing by checking a, b, or d below (Check only one). If filing a correction, check "c" and either a, b, or d.

a ☒ Initial registration    b ☐ Renewal    c ☐ Correcting a prior filing    d ☐ Re-registration

2 If you checked item 1 d please indicate the reason(s). Check all that apply.

a ☐ Re-registered under state law   b ☐ More than 10 percent transfer of equity interest   c ☐ More than 50 percent increase in agents

### Part II — Registrant Information

*3 Legal name of the money services business

**THINK COMPUTER CORPORATION**

4 Doing business as

**FACECASH**

| *5 Address | | *6 City | | *7 State | 8 ZIP Code |
|---|---|---|---|---|---|
| 385 SHERMAN AVENUE SUITE 14 | | PALO ALTO | | CA | 94306-1864 |

| *9 EIN (entity), SSN/ITIN (individual) | 10 Telephone number | 11 E-mail address (if available) |
|---|---|---|
| 34-1864509 | (415)670-9350 | LEGAL@THINKCOMPUTER.COM |

### Part III — Owner or Controlling Person

| 12 Individual's last name, or organization's name | 13 First name | 14 Middle Initial |
|---|---|---|
| GREENSPAN | AARON | J |

15 Address

**884 COLLEGE AVENUE**

| 16 City | 17 State | 18 ZIP Code | 19 Country (if other than US) |
|---|---|---|---|
| PALO ALTO | CA | 94306-1303 | US |

| 20 Telephone number | 21 Date of birth | 22 SSN/ITIN (individual), EIN (entity) |
|---|---|---|
| (415)670-9350 | | |

23 Skip this item if you completed item 22.
If the owner or controlling person is an individual enter their form of identification, the ID number, and the issuing state or country.

a ☒ Driver's license/state ID    b ☐ Passport    c ☐ Alien registration    z ☐ Other

e ID number      f Issuing state or country

### Part IV — Money Services and Product Information

24 States and/or territories where the registrant, its agents or branches are located. Check box a, b, or c as appropriate (Check only one) and do not check individual state/territory boxes. If box a, b, or c does not apply, check as many state/territory boxes as necessary.

a ☐ All States & Territories   b ☐ All States   c ☐ All Territories

| | | | |
|---|---|---|---|
| ☐ Alabama (AL) | ☐ Georgia (GA) | ☐ Maryland (MD) | ☐ New York (NY) | ☐ South Dakota (SD) |
| ☐ Alaska (AK) | ☐ Guam (GU) | ☐ Massachusetts (MA) | ☐ North Carolina (NC) | ☐ Tennessee (TN) |
| ☐ American Samoa (AS) | ☐ Hawaii (HI) | ☐ Michigan (MI) | ☐ North Dakota (ND) | ☐ Texas (TX) |
| ☐ Arizona (AZ) | ☐ Idaho (ID) | ☐ Minnesota (MN) | ☐ N. Mariana Isls. (MP) | ☐ Utah (UT) |
| ☐ Arkansas (AR) | ☐ Illinois (IL) | ☐ Mississippi (MS) | ☐ Ohio (OH) | ☐ Vermont (VT) |
| ☒ California (CA) | ☐ Indiana (IN) | ☐ Missouri (MO) | ☐ Oklahoma (OK) | ☐ Virgin Islands (VI) |
| ☐ Colorado (CO) | ☐ Iowa (IA) | ☐ Montana (MT) | ☐ Oregon (OR) | ☐ Virginia (VA) |
| ☐ Connecticut (CT) | ☐ Kansas (KS) | ☐ Nebraska (NE) | ☐ Palau (PW) | ☐ Washington (WA) |
| ☐ Delaware (DE) | ☐ Kentucky (KY) | ☐ Nevada (NV) | ☐ Pennsylvania (PA) | ☐ West Virginia (WV) |
| ☐ District of Columbia (DC) | ☐ Louisiana (LA) | ☐ New Hampshire (NH) | ☐ Puerto Rico (PR) | ☐ Wisconsin (WI) |
| ☐ FS of Micronesia (FM) | ☐ Maine (ME) | ☐ New Jersey (NJ) | ☐ Rhode Island (RI) | ☐ Wyoming (WY) |
| ☐ Florida (FL) | ☐ Marshall Islands (MH) | ☐ New Mexico (NM) | ☐ South Carolina (SC) | |

001357

00103

** FACSIMILE **

## Part IV (continued)      2

25 Enter the number of branches of the registrant. **Reminder: do not separately register each branch.**     0

26 Money services business activities of the registrant. Check as many as apply.

| | | |
|---|---|---|
| a ☐ Issuer of traveler's checks | d ☐ Issuer of money orders | g ☐ Currency dealer or exchanger |
| b ☐ Seller of traveler's checks | e ☐ Seller of money orders | h ☐ Check casher |
| c ☐ Redeemer of traveler's checks | f ☐ Redeemer of money orders | i ☒ Money transmitter |

27 Is any part of the registrant's money services business an informal value transfer system?     a ☒ Yes    b ☐ No

28 Is any part of the registrant's money services business conducted as a mobile operation?     a ☐ Yes    b ☒ No

29 Enter the number of agents authorized to conduct each money services business activity. Do not include branches, or persons who are solely employees.

| | | | | |
|---|---|---|---|---|
| a Traveler's check sales | 0 | e Currency exchange or dealer | 0 |
| b Traveler's check redemption | 0 | f Check cashing | 0 |
| c Money order sales | 0 | g Money transmission | 0 |
| d Money order redemption | 0 | | |

## Part V    Primary Transaction Account for MSB Activities

30 If the registrant has more than one transaction account for money services business activities check here ☐

The registrant's primary transaction account is the one that has the greatest annual dollar amount of money services business activity. In items 31 through 36 enter information about the registrant's primary transaction account for money services business activities.

31 Name of financial institution where the primary transaction account is held
**WELLS FARGO BK NA**

| 32 Address | | 33 City |
|---|---|---|
| **420 MONTGOMERY STREET** | | **SAN FRANCISCO** |

| 34 State | 35 ZIP Code | 36 Primary transaction account number |
|---|---|---|
| **CA** | **94104** | |

## Part VI    Location of Supporting Documentation

If the supporting documentation is kept at the U.S. location reported in Part II check here ☒ and continue to Part VII.

37 Address

| 38 City | 39 State | 40 ZIP Code |
|---|---|---|
| | | |

## Part VII    Authorized Signature

I am authorized to file this form on behalf of the money services business listed in Part II. I declare that the information provided is true, correct and complete. I understand that the money services business listed in Part II is subject to the Bank Secrecy Act and its implementing regulations. See 31 CFR Part 103. The money services business listed in Part II maintains a current list of all agents, an estimate of its business volume in the coming year, and all other information required to comply with 31 U.S.C. 5330 and the regulations thereunder. **The signature of the owner, controlling person or authorized corporate officer is mandatory.**

| 41 Signature | 42 Print name |
|---|---|
| **SIGNATURE PRESENT** | **AARON GREENSPAN** |
| 43 Title | 44 Date of signature |
| **PRESIDENT & CEO** | **02/05/2009** |

001358

** FACSIMILE **



# ALABAMA SECURITIES COMMISSION

401 ADAMS AVENUE, SUITE 280
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

CHAIRMAN
MARCUS J. WOLF
Certified Public Accountant

COMMISSIONERS

LUTHER STRANGE
Attorney General

JOHN D. HARRISON
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

ANDREW P. CAMPBELL
Attorney at Law

S. DAGNAL ROWE, SR.
Attorney at Law

JAMES L. HART
Certified Public Accountant

JOSEPH P. BORG
Director
J. RANDALL McNEILL
Deputy Director
EDWIN L. REED
General Counsel

## SALE OF CHECKS
## LICENSE

## LICENSE NUMBER  SC 471

**THIS IS TO CERTIFY THAT Think Computer Corporation dba FaceCash.,
3260 Hillview Avenue, Palo Alto, CA 94304-1226** , having complied with the
requirements of the Sale of Checks Act, Act No. 177, 1961 Special Session, is hereby
licensed to engage in the business of selling checks, drafts, money orders or other
instruments for the transmission of money and/or the business of receiving money as
agent for obligors for the purpose of paying such obligor's bills, invoices or accounts in
accordance with and subject to the provisions of said law from the date hereof until **March
31, 2012**, unless this license be otherwise suspended or revoked.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the official seal of the
Alabama Securities Commission, in the City of Montgomery, on June 9, 2011.



**Joseph P. Borg, Director**
**Alabama Securities Commission**

**This license is unassignable and must be displayed in the Public Office.**

No. _133_

# STATE OF IDAHO

## DEPARTMENT OF FINANCE

# MONEY TRANSMITTER LICENSE

I, ___Gavin M. Gee___, Director of Finance of the State of Idaho, do

hereby certify that ___THINK COMPUTER CORPORATION___ of ___Palo Alto, California___

is hereby authorized to commence business as a Money Transmitter as defined and regulated by statutes of the State of

Idaho.

In Testimony Whereof, I have hereunto set my hand and caused the official seal of the

Department of Finance of said State to be affixed. Done at Boise, the capital of Idaho,

this ___17th___ day of ___August___, ___2011___.



_Director of Finance_