Think Computer Corporation
884 College Avenue
Palo Alto, CA 94306-1303
Phone: +1 415 670 9360
E-Mail: legal@thinkcomputer.com

E-filing

Filed
MAY - 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Think Computer Corporation       CV13-02054  LHK  PSG

    Plaintiff(s),                No. C

         v.                      DECLINATION TO PROCEED BEFORE
                                 A MAGISTRATE JUDGE
Dwolla, Inc., et al              AND
                                 REQUEST FOR REASSIGNMENT TO A
                                 UNITED STATES DISTRICT JUDGE
    Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 6, 2013          Signature _____

                            Counsel for  Plaintiff (pro se)
                            (Plaintiff, Defendant, or indicate "pro se")