Name: Aaron Greenspan, Think Computer Corp.
Address: 884 College Avenue
Palo Alto, CA 94306-1303
Phone Number: +1 415 670 9350
E-mail Address: legal@thinkcomputer.com

*Pro Se*

ADR **Filed**
MAY - 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Think Computer Corporation,

          Plaintiff,

vs.

Dwolla, Inc. et al

          Defendants.

Case Number: _____

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Judge _____

As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   [✓] A computer with internet access;
   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✓] A scanner to convert documents that are only in paper format into electronic files;
   [✓] A printer or copier to create to create required paper copies such as chambers copies;
   [✓] A word-processing program to create documents; and
   [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: May 6, 2013         Signature: _____