1  Name: Aaron Greenspan, Think Computer Corp.

2  Address: 884 College Avenue

   Palo Alto, CA 94306-1303

3  Phone Number: +1 415 670 9350

4  E-mail Address: legal@thinkcomputer.com

5  *Pro Se*

E-filing

6            UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8  Think Computer Corporation    )  Case Number: CV 13-02054 LHK

9                        )  [PROPOSED] ORDER GRANTING

                        )  MOTION FOR PERMISSION FOR

10         Plaintiff,  )  ELECTRONIC CASE FILING

11 vs.                   )  DATE:

                        )  TIME:

12 Dwolla, Inc., et al.,  )  COURTROOM:

                        )  JUDGE:

13                   )

14         Defendants.   )

15       The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

16 that good cause exists, the Motion is GRANTED.

17

18

19     IT IS SO ORDERED.

20

    DATED: _____

21

22                         United States District/Magistrate Judge

23

24

25

26

27

28