UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Think Computer Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Dwolla, Inc., et. al.,<br><br>    Defendants._____/ | No. C13-02054<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: May 7, 2013                                              RICHARD W. WIEKING,
                                                                United States District Court

                                                                 */s/ Patty Cromwell*
                                                                By: Patty Cromwell
                                                                Courtroom Deputy Clerk to
                                                                Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Think Computer Corporation
884 College Avenue
Palo Alto, CA 94306-1303