**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    THINK COMPUTER CORPORATION,            No.  CV 13-02054 HRL

9              Plaintiff,              **ORDER**

10     v.

11   DWOLLA, INC, ET AL,

12              Defendant.
                                            /

13

14   GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Edward J. Davila** in the **San

16   Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the

17   **initials EJD** immediately after the case number. All dates presently scheduled are vacated and

18   motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

20   has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

21   the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

22

23                                   FOR THE EXECUTIVE COMMITTEE:

24

25   Dated:  May 7, 2013
                                     Richard W. Wieking
26   rev 4-12                        Clerk of Court

27

28