UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>DWOLLA, INC, ET AL et al,<br><br>        Defendant.<br>_____/ | Case Number: CV13-02054 LHK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Think Computer Corporation
Think Computer Corporation
884 College Avenue
Palo Alto, CA 94306-1303

Dated: May 7, 2013

                                    Richard W. Wieking, Clerk
                                    By: S. Puli, Deputy Clerk