# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

THINK COMPUTER CORPORATION,

           Plaintiff,

  v.

DWOLLA, INC et al,

           Defendant.
_____/

Case Number: 5:13-cv-02054-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Think Computer Corporation
884 College Avenue
Palo Alto, CA 94306-1303

May 8, 2013

           Richard W. Wieking, Clerk

           By: Elizabeth C. Garcia, Deputy Clerk