MICHAEL ASCHENBRENER (SBN 277114)
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC. *et al.*,<br><br>Defendants. | Case No. 5:13-cv-02054-EJD<br><br>**NOTICE OF APPEARANCE OF MICHAEL J. ASCHENBRENER FOR PLAINTIFF**<br><br>Judge Edward J. Davila |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, MICHAEL J. ASCHENBRENER, of Aschenbrener Law, P.C., hereby enter my appearance as lead counsel for Plaintiff THINK COMPUTER CORPORATION. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My contact information is as follows:

Aschenbrener Law, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: 415-813-6245
Facsimile: 415-813-6246
Email: mja@aschenbrenerlaw.com

Respectfully submitted,

Dated: May 21, 2013

By: s/ Michael Aschenbrener
Michael Aschenbrener
ASCHENBRENER LAW, P.C.
One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 21, 2013, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: May 21, 2013

ASCHENBRENER LAW, P.C.

By: s/ Michael Aschenbrener
Michael Aschenbrener