Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Coinlab, Inc.

Michael Aschenbrener, Bar No. 277114
mja@aschenbrenerlaw.com

ASCHENBRENER LAW
795 Folsom St, First Floor
San Francisco, CA 94107

Attorney for Plaintiff
Think Computer Corporation

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/7/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DWOLLA, INC., ET AL.,<br><br>        Defendants. | Case No. CV13-02054 EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COINLAB, INC. TO RESPOND TO COMPLAINT** |

### STIPULATION

Pursuant to Civil L.R. 6-1, Plaintiff Think Computer Corporation ("Think Computer") and Defendant Coinlab, Inc. ("Coinlab"), by and through undersigned counsel, hereby stipulate that Coinlab shall have until June 27, 2013 in which to answer or otherwise respond to Think Computer's Complaint.

-1-
STIPULATION FOR EXTENSION OF
DEFENDANT COINLAB, INC.'S TIME TO
RESPOND  CV13-02054

DATED: June 5, 2013

| | |
|---|---|
| **ASCHENBRENER LAW** | **PERKINS COIE LLP** |
| By: s/ Michael Aschenbrener<br>Michael Aschenbrener, Bar No. 277114<br>mja@aschenbrenerlaw.com | By: s/ Judith B. Jennison<br>Judith B. Jennison, Bar No. 165929<br>JJennison@perkinscoie.com |
| Attorney for Plaintiff<br>Think Computer Corporation | Attorneys for Defendant<br>Coinlab, Inc. |

-2-

STIPULATION FOR EXTENSION OF
DEFENDANT COINLAB, INC.'S TIME TO
RESPOND  CV13-02054

**General Order 45 Statement**

I, Judith B. Jennison, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By /s/ Judith B. Jennison

Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com

Date: June 6, 2013

**PROOF OF SERVICE**

I, Judith B. Jennison, declare:

I am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1201 Third Avenue, Suite 4900, Seattle, Washington 98101-3099. On June 6, 2013, I served a copy of the within document(s):

> Stipulation to Extend Time for Defendant Coinlab, Inc. to Respond to Complaint

☒ On all attorneys of record who have consented to electronic service via the Court's CM/ECF system via Local Rule 5-5. Any other counsel of record will be served by facsimile transmission and first class mail.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2013, at Seattle, Washington.

/s/ Judith B. Jennison
Judith B. Jennison