1  IVO LABAR (203492)
   KELLY A. CORCORAN (260268)
2  **KERR & WAGSTAFFE LLP**
   100 Spear St., 18th Floor
3  San Francisco, CA 94105–1528
   Tel: (415) 371-8500
4  Fax: (415) 371-0500
   labar@kerrwagstaffe.com
5  corcoran@kerrwagstaffe.com

6  Attorneys for Defendant
   ACTBLUE, LLC
7  a Massachusetts Limited Liability Company

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12 | THINK COMPUTER CORPORATION, | Case No. 5:13-cv-02054 |
   |---|---|
13 | Plaintiff, | **ANSWER OF DEFENDANT ACTBLUE, LLC TO FIRST AMENDED COMPLAINT** |
14 | v. | |
15 | | |
16 | DWOLLA, INC.; ACTBLUE, LLC; AIRBNB, INC.; POUND PAYMENTS ESCROW SERVICES, INC. DBA BALANCED PAYMENTS; CLINKLE CORPORATION; COINBASE, INC.; COINLAB, INC.; FACEBOOK, INC.; FACEBOOK PAYMENTS, INC.; GOPAGO, INC.; GUMROAD, INC.; SQUARE, INC.; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; A-GRADE INVESTMENTS, LLC; A-GRADE INVESTMENTS II, LLC; ANDREESSEN HOROWITZ LLC; ANDREESSEN HOROWITZ FUND I, LP; ANDREESSEN HOROWITZ FUND I-A, LP; ANDREESSEN HOROWITZ FUND I-B, LP; ANDREESSEN HOROWITZ FUND II, LP; ANDREESSEN HOROWITZ FUND II-A, LP; ANDREESSEN HOROWITZ FUND II-B, LP; ANDREESSEN HOROWITZ FUND III, LP; ANDREESSEN HOROWITZ FUND III (AIV), LP; ANDREESSEN HOROWITZ FUND III-A, LP; ANDREESSEN HOROWITZ FUND III-B, LP; ANDREESSEN HOROWITZ FUND III-Q, | |

| | |
|---|---|
| 1 | LP; DIGITAL SKY TECHNOLOGIES, LIMITED; DST GLOBAL, LIMITED; DSTG-2 2011 ADVISORS, LLC; DSTG-2 2011 INVESTORS DLP, LLC; DSTG-2 2011 INVESTORS ONSHORE, LP; KLEINER PERKINS CAUFIELD & BYERS, LLC; KLEINER PERKINS CAUFIELD & BYERS XIII, LLC; KLEINER PERKINS CAUFIELD & BYERS XIII FOUNDERS FUND, LLC; KLEINER PERKINS CAUFIELD & BYERS XIV, LLC; KLEINER PERKINS CAUFIELD &BYERS XV, LLC; SEQUOIA CAPITAL, LLC; SEQUOIA CAPITAL NEW PROJECTS, LLC; SEQUOIA CAPITAL XII, LP; SC XII MANAGEMENT, LLC; SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC; SEQUOIA CAPITAL SCOUT FUND I, LLC; SEQUOIA CAPITAL SCOUT FUND II, LLC; SEQUOIA CAPITAL U.S. SCOUT FUND III, LLC; SEQUOIA CAPITAL U.S. SCOUT SEED FUND 2013, LP; SEQUOIA TECHNOLOGY PARTNERS XII, LP; UNION SQUARE VENTURES LLC; UNION SQUARE VENTURES OPPORTUNITY FUND, LP; UNION SQUARE VENTURES 2012 FUND, LP; Y COMBINATOR, LLC; Y COMBINATOR FUND I, LP; Y COMBINATOR FUND I GP, LLC; Y COMBINATOR FUND II, LP; Y COMBINATOR FUND II GP, LLC; Y COMBINATOR RE, LLC; Y COMBINATOR S2012, LLC; Y COMBINATOR W2013, LLC; BRIAN CHESKY; MAX LEVCHIN; YURI MILNER; YISHAN WONG, |
| | Defendants. |



Case No. 5:13-cv-02054   ANSWER TO FIRST AMENDED COMPLAINT

1   Defendant ActBlue, LLC hereby files this Answer to Plaintiff Think Computer

2  Corporation's First Amended Complaint:

3  **NATURE OF THE ACTION**

4   1.   Defendant admits that Plaintiff purports to allege claims under the California

5  Unfair Competition Law but denies each and every other allegation not specifically admitted.

6   2.   Defendant is without sufficient information or knowledge to admit or deny the

7  allegations and, therefore, denies the same.

8   3.   Defendant is without sufficient information or knowledge to admit or deny the

9  allegations and, therefore, denies the same.

10   4.   Defendant is without sufficient information or knowledge to admit or deny the

11  allegations and, therefore, denies the same.

12   5.   Defendant is without sufficient information or knowledge to admit or deny the

13  allegations and, therefore, denies the same.

14  **THE PARTIES**

15   6.   Defendant is without sufficient information or knowledge to admit or deny the

16  allegations and, therefore, denies the same.

17   7.   Defendant admits that it is a limited liability company with its principal place of

18  business in Cambridge, Mass.  Except as expressly admitted, Defendant denies each and every

19  allegation in this paragraph.

20   8.   Defendant is without sufficient information or knowledge to admit or deny the

21  allegations and, therefore, denies the same.

22   9.   Defendant is without sufficient information or knowledge to admit or deny the

23  allegations and, therefore, denies the same.

24   10.   Defendant is without sufficient information or knowledge to admit or deny the

25  allegations and, therefore, denies the same.

26   11.   Defendant is without sufficient information or knowledge to admit or deny the

27  allegations and, therefore, denies the same.

28



1    12.    Defendant is without sufficient information or knowledge to admit or deny the
2 allegations and, therefore, denies the same.
3    13.    Defendant is without sufficient information or knowledge to admit or deny the
4 allegations and, therefore, denies the same.
5    14.    Defendant is without sufficient information or knowledge to admit or deny the
6 allegations and, therefore, denies the same.
7    15.    Defendant is without sufficient information or knowledge to admit or deny the
8 allegations and, therefore, denies the same.
9    16.    Defendant is without sufficient information or knowledge to admit or deny the
10 allegations and, therefore, denies the same.
11    17.    Defendant is without sufficient information or knowledge to admit or deny the
12 allegations and, therefore, denies the same.
13    18.    Defendant is without sufficient information or knowledge to admit or deny the
14 allegations and, therefore, denies the same.
15    19.    Defendant is without sufficient information or knowledge to admit or deny the
16 allegations and, therefore, denies the same.
17    20.    Defendant is without sufficient information or knowledge to admit or deny the
18 allegations and, therefore, denies the same.
19    21.    Defendant is without sufficient information or knowledge to admit or deny the
20 allegations and, therefore, denies the same.
21    22.    Defendant is without sufficient information or knowledge to admit or deny the
22 allegations and, therefore, denies the same.
23    23.    Defendant is without sufficient information or knowledge to admit or deny the
24 allegations and, therefore, denies the same.
25    24.    Defendant is without sufficient information or knowledge to admit or deny the
26 allegations and, therefore, denies the same.
27    25.    Defendant is without sufficient information or knowledge to admit or deny the
28 allegations and, therefore, denies the same.

1  26. Defendant is without sufficient information or knowledge to admit or deny the
2  allegations and, therefore, denies the same.
3  27. Defendant is without sufficient information or knowledge to admit or deny the
4  allegations and, therefore, denies the same.
5  28. Defendant is without sufficient information or knowledge to admit or deny the
6  allegations and, therefore, denies the same.
7  29. Defendant is without sufficient information or knowledge to admit or deny the
8  allegations and, therefore, denies the same.
9  30. Defendant is without sufficient information or knowledge to admit or deny the
10 allegations and, therefore, denies the same.

## JURISDICTION AND VENUE

12 31. This paragraph states various legal conclusions that do not require any response in
13 the context of an Answer.  To the extent that any response is required, the allegations are denied.
14 32. This paragraph states various legal conclusions that do not require any response in
15 the context of an Answer.  To the extent that any response is required, the allegations are denied.

## FACTUAL BACKGROUND

17 33. Defendant is without sufficient information or knowledge to admit or deny the
18 allegations and, therefore, denies the same.
19 34. Defendant is without sufficient information or knowledge to admit or deny the
20 allegations and, therefore, denies the same.
21 35. Defendant is without sufficient information or knowledge to admit or deny the
22 allegations and, therefore, denies the same.
23 36. Defendant is without sufficient information or knowledge to admit or deny the
24 allegations and, therefore, denies the same.
25 37. Defendant is without sufficient information or knowledge to admit or deny the
26 allegations and, therefore, denies the same.
27 38. Defendant is without sufficient information or knowledge to admit or deny the
28 allegations and, therefore, denies the same.



1  39. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

2  40. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

3  41. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

4  42. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

5  43. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

6  44. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

7  45. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

8  46. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

9  47. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

10  48. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

11  49. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

12  50. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

13  51. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

14  52. Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.



1      53.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

54.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

55.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

56.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

57.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

58.     Denied as to ActBlue.  As to other Defendants, ActBlue is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

59.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

60.     Denied.  In addition, paragraph 60 states various legal conclusions that do not require any response in the context of an Answer.  To the extent that any response is required, the allegations are denied.

61.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

62.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

63.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

64.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

65.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.



1    66.    Defendant is without sufficient information or knowledge to admit or deny the
2 allegations and, therefore, denies the same.
3    67.    Defendant is without sufficient information or knowledge to admit or deny the
4 allegations and, therefore, denies the same.
5    68.    Defendant is without sufficient information or knowledge to admit or deny the
6 allegations and, therefore, denies the same.
7    69.    Defendant is without sufficient information or knowledge to admit or deny the
8 allegations and, therefore, denies the same.
9    70.    Defendant is without sufficient information or knowledge to admit or deny the
10 allegations and, therefore, denies the same.
11    71.    Defendant is without sufficient information or knowledge to admit or deny the
12 allegations and, therefore, denies the same.
13    72.    Defendant is without sufficient information or knowledge to admit or deny the
14 allegations and, therefore, denies the same.
15    73.    Defendant is without sufficient information or knowledge to admit or deny the
16 allegations and, therefore, denies the same.
17    74.    Defendant is without sufficient information or knowledge to admit or deny the
18 allegations and, therefore, denies the same.
19    75.    Defendant is without sufficient information or knowledge to admit or deny the
20 allegations and, therefore, denies the same.
21    76.    Defendant is without sufficient information or knowledge to admit or deny the
22 allegations and, therefore, denies the same.
23    77.    Defendant is without sufficient information or knowledge to admit or deny the
24 allegations and, therefore, denies the same.
25    78.    Defendant is without sufficient information or knowledge to admit or deny the
26 allegations and, therefore, denies the same.
27    79.    Defendant is without sufficient information or knowledge to admit or deny the
28 allegations and, therefore, denies the same.

1    80.    Defendant is without sufficient information or knowledge to admit or deny the
2 allegations and, therefore, denies the same.
3    81.    Defendant is without sufficient information or knowledge to admit or deny the
4 allegations and, therefore, denies the same.
5    82.    Defendant is without sufficient information or knowledge to admit or deny the
6 allegations and, therefore, denies the same.
7    83.    Defendant is without sufficient information or knowledge to admit or deny the
8 allegations and, therefore, denies the same.
9    84.    Defendant is without sufficient information or knowledge to admit or deny the
10 allegations and, therefore, denies the same.
11    85.    Defendant is without sufficient information or knowledge to admit or deny the
12 allegations and, therefore, denies the same.
13    86.    Defendant is without sufficient information or knowledge to admit or deny the
14 allegations and, therefore, denies the same.
15    87.    Defendant is without sufficient information or knowledge to admit or deny the
16 allegations and, therefore, denies the same.
17    88.    Defendant is without sufficient information or knowledge to admit or deny the
18 allegations and, therefore, denies the same.
19    89.    Defendant is without sufficient information or knowledge to admit or deny the
20 allegations and, therefore, denies the same.
21    90.    Defendant is without sufficient information or knowledge to admit or deny the
22 allegations and, therefore, denies the same.
23    91.    Defendant is without sufficient information or knowledge to admit or deny the
24 allegations and, therefore, denies the same.
25    92.    Defendant is without sufficient information or knowledge to admit or deny the
26 allegations and, therefore, denies the same.
27    93.    Defendant is without sufficient information or knowledge to admit or deny the
28 allegations and, therefore, denies the same.



1   94.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

2   95.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

3   96.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

4   97.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

5   98.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

6   99.     Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

7   100.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

8   101.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

9   102.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

10  103.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

11  104.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

**FIRST CAUSE OF ACTION**

**Violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200**

**(Against All Defendants)**

105.    Defendant re-alleges its answers to paragraphs 1-104.

106.    Denied.

107.    Denied.



1    108.    Denied.

2    109.    Denied.

3    110.    Denied.

4    111.    Denied.

5    112.    Denied.

6    113.    Denied.

7 <center>**SECOND CAUSE OF ACTION**</center>

8 <center>**Unjust Enrichment**</center>

9 <center>**(Against All Defendants)**</center>

10    114.    Defendant re-alleges its responses to paragraphs 1-113.

11    115.    Denied.

12    116.    Denied.

13    117.    Denied.

14 <center>**THIRD CAUSE OF ACTION**</center>

15 <center>**Violation of the Lanham Act, False Advertising, 15 U.S.C. § 1125**</center>

16 <center>**(Against Defendants Dwolla, Inc., Stripe, Inc., and Coinbase, Inc.)**</center>

17    118.    Defendant re-alleges its responses to paragraphs 1-117.

18    119.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

20    120.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

22    121.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

24    122.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

26    123.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

28

1    124.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

3    125.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

5    126.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

7    127.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

9    128.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

11    129.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

13    130.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

15    131.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

17    132.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

19    133.    Defendant is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

**PRAYER FOR RELIEF**

Defendant denies every allegation contained in Plaintiff's Request for Relief, paragraphs A through F and specifically denies that Plaintiff has been injured, or threatened with injury, in any way whatsoever, and specifically denies that Plaintiff is entitled to any relief of any kind whatsoever.  Defendant requests the Court to enter judgment against Plaintiff and in Defendant's favor, and to award Defendant its costs of suit, attorneys' fees, and other proper relief.



## JURY TRIAL

134.    This paragraph states various legal conclusions that do not require any response in the context of an Answer.  To the extent that any response is required, the allegations are denied.

## ADDITIONAL DEFENSES

Defendant asserts the following additional defenses:

## FIRST ADDITIONAL DEFENSE

### (Failure to State a Claim)

Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND ADDITIONAL DEFENSE

### (Statute of Limitations, 17 U.S.C. § 507)

Each of Plaintiff's claims is barred, in whole or in part, by the applicable statute of limitations, including that set forth in 17 U.S.C. § 507.

## THIRD ADDITIONAL DEFENSE

### (Waiver)

By conduct, representations and omissions, Plaintiff has waived any claim for relief against Defendant respecting the matters that are the subject of the Complaint.

## FOURTH ADDITIONAL DEFENSE

### (Damages not recoverable)

Plaintiff's claims under California Business & Professions Code Section 17200 ("Section 17200") seek damages, which are not recoverable under Section 17200.

## FIFTH ADDITIONAL DEFENSE

### (Preemption)

Plaintiff's claims are preempted by federal statutes.



1  **SIXTH ADDITIONAL DEFENSE**

2  **(Consent/Approval)**

3  By conduct, representations and omissions, Plaintiff consented to and/or approved of the

4  conduct of Defendant alleged in the First Amended Complaint, to the extent such conduct

5  occurred.

6  **SEVENTH ADDITIONAL DEFENSE**

7  **(Estoppel)**

8  By conduct, representations and omissions, Plaintiff is equitably stopped to assert any

9  claim for relief against Defendant respecting the matters that are the subject of the First

10  Amended Complaint.

11  **EIGHTH ADDITIONAL DEFENSE**

12  **(Unjust Enrichment)**

13  Each of Plaintiff's claims is barred because any relief in favor of Plaintiff would result in

14  its unjust enrichment.

15  **NINTH ADDITIONAL DEFENSE**

16  **(Unclean Hands)**

17  Plaintiff's requested relief is barred in its entirety by the doctrine of unclean hands.

18  **TENTH ADDITIONAL DEFENSE**

19  **(Laches)**

20  Plaintiff's requested relief is barred or otherwise limited by the doctrine of laches.

21  **ELEVENTH ADDITIONAL DEFENSE**

22  **(Failure to mitigate)**

23  Plaintiff has failed to mitigate or reasonably attempt to mitigate its damages, if any, as

24  required by law.

25  **TWELFTH ADDITIONAL DEFENSE**

26  **(Adequacy of Relief)**

27  Plaintiff's claims for injunctive relief are barred because: (1) Plaintiff has not suffered

28  and will not suffer irreparable harm because of Defendant's conduct; (2) any harm to Plaintiff



12

Case No. 5:13-cv-02054                                             ANSWER TO FIRST AMENDED COMPLAINT

1 would be outweighed by the harm to Defendant if an injunction were entered; (3) Plaintiff has an
2 adequate remedy at law even if Plaintiff were to prevail in this action; (4) the public interest
3 would not be served by an injunction; and (5) Plaintiff is estopped from seeking an injunction.

### THIRTEENTH ADDITONAL DEFENSE
### (Punitive Damages as Violation of Due Process Clause)

6 Plaintiff's claim for punitive damages violates the due process clause of the Fifth and
7 Fourteenth Amendments to the United States Constitution and corresponding provisions to the
8 Constitution of the State of California.

### FOURTEENTH ADDITIONAL DEFENSE
### (Punitive Damages as Excessive Fines)

11 Plaintiff's claim for punitive damages violates Defendant's right to protection from
12 "excessive fines" as provided in Article 1, Section 17 of the Constitution of the State of
13 California and, therefore, fails to state a cause of action supporting the punitive damages
14 claimed.

### FIFTEENTH ADDITIONAL DEFENSE
### (Failure to Satisfy Standard for Punitive Damages)

17 Plaintiff has failed to allege, and cannot establish by clear and convincing evidence, facts
18 sufficient to constitute the oppression, fraud, or malice required for an award of punitive
19 damages pursuant to California Civil Code section 3294.

### SIXTEENTH ADDITIONAL DEFENSE
### (Good Faith)

22 ActBlue acted in good faith toward Plaintiff in the handling of this claim and in every
23 other aspect of its dealings with the Plaintiff.

### SEVENTEENTH ADDITIONAL DEFENSE
### (No Unlawful Practice)

26 None of ActBlue's practices, particularly those pertinent to allegations in Plaintiff's First
27 Amended Complaint, are or were unlawful; ActBlue has complied with any and all applicable
28 statutes, regulations and common law requirements.



13
Case No. 5:13-cv-02054                                         ANSWER TO FIRST AMENDED COMPLAINT

1                                  **EIGHTEENTH ADDITIONAL DEFENSE**

2                                   **(No Unfair Practice)**

3     None of ActBlue's practices, particularly those pertinent to allegations in Plaintiff's First

4 Amended Complaint, are or were "unfair" within the meaning of Section 17200.

5                                  **NINETEENTH ADDITIONAL DEFENSE**

6                                  **(No Misleading Practice)**

7     None of ActBlue's practices are or were likely to mislead the public.

8                                   **TWENTIETH ADDITIONAL DEFENSE**

9                                      **(First Amendment)**

10     ActBlue's practices are protected by the First Amendment to the United States

11 Constitution.

12                               **RESERVATION OF ADDITIONAL DEFENSES**

13     Defendant reserves the right to assert additional defenses that may be developed through

14 discovery in this action.

15     WHEREFORE, Defendant requests that the Court dismiss Plaintiff's Complaint, and

16 award Defendant its fees and costs and such other relief as the Court deems proper.

17

18 DATED: July 15, 2013                     **KERR & WAGSTAFFE LLP**

19

20                                 By  /s/_____
                                         IVO LABAR

21

22                                      Attorneys for Defendant
                                     ActBlue, LLC

23

24

25

26

27

28

