Gus P. Coldebella (*pro hac vice*)
gcoldebella@goodwinprocter.com
W. Kyle Tayman (*pro hac vice*)
ktayman@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444

Juan Suarez (SBN 268859)
jsuarez@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

*Attorneys for Defendants*
**DIGITAL SKY TECHNOLOGIES, LIMITED, DSTG-2 2011 ADVISORS, LLC, DSTG-2 2011 INVESTORS DLP, LLC, DSTG-2 2011 INVESTORS ONSHORE, LP AND YURI MILNER**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DWOLLA, INC., ET AL., <br><br> Defendants. | Case No. 5:13-cv-02054-EJD <br><br> **NOTICE OF APPEARANCE OF JUAN SUAREZ FOR DEFENDANTS** <br><br> Courtroom: 4 <br> Judge: Hon. Edward J. Davila |

LIBA/2411404.1
NOTICE OF APPEARANCE OF COUNSEL  Case No. 5:13-cv-02054-EJD

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE**, that the undersigned attorney, Juan Suarez of Goodwin Procter LLP, hereby appears in this action as counsel for Defendants (*i*) Digital Sky technologies, Limited; (*ii*) DSTG-2 2011 Advisors, LLC; (*iii*) DSTG-2 2011 Investors DLP, LLC; (*iv*) DSTG-2 2011 Investors Onshore, LP; and (*v*) Yuri Milner. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

> **JUAN SUAREZ**
> *jsuarez@goodwinprocter.com*
> **GOODWIN PROCTER LLP**
> 601 S. Figueroa St., 41st Floor
> Los Angeles, California 90017
> Tel.: 213.426.2500
> Fax.: 213.623.1673

Counsel further requests that he be added to the list of counsel to receive ECF notices.

Dated: July 17, 2013

                                                  Respectfully submitted,

                                                  By: _____
                                                     Juan Suarez
                                                     *jsuarez@goodwinprocter.com*
                                                     **GOODWIN PROCTER LLP**
                                                     601 S Figueroa Street
                                                     41st Floor
                                                     Los Angeles, California 90017
                                                     Tel.: 213.426.2500
                                                     Fax.: 213.623.1673

                                                     *Attorneys for Defendants*
                                                     **DIGITAL SKY TECHNOLOGIES, LIMITED, DSTG-2 2011 ADVISORS, LLC, DSTG-2 2011 INVESTORS DLP, LLC, DSTG-2 2011 INVESTORS ONSHORE, LP AND YURI MILNER**

## CERTIFICATE OF SERVICE

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2013.

/s/ Juan Suarez
Juan Suarez