# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

THINK COMPUTER CORPORATION, a Delaware Corporation,

    Plaintiff(s),

 v.

DWOLLA, INC.; et al.

    Defendant(s).

Case No: 5:13-cv-2054-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

 I, Kyle W. Tayman, an active member in good standing of the bar of Washington, D.C, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Digital Sky Technologies, Limited; DSTG-2 2011 Advisors, LLC; DSTG-2 2011 Investors DLP, LLC; DSTG-2 2011 Investors Onshore, LP; and Yuri Milner in the above-entitled action. My local co-counsel in this case is Juan A. Suarez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin \| Procter LLP<br>901 New York Ave NW<br>Wasington, DC 20001 | Goodwin \| Procter LLP<br>601 S. Figueroa St., Suite 4100<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 346-4000 | (213) 426-2599 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| KTayman@goodwinprocter.com | JSuarez@goodwinprocter.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10000398.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: July 17, 2013      /s/ Kyle W. Tayman

           APPLICANT
          Kyle W. Tayman

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Kyle W. Tayman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/17/2013

        UNITED STATES DISTRIC JUDGE
        Hon. Edward J. Davila