# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THINK COMPUTER CORPORATION, a
Delaware Corporation,

               Plaintiff(s),

    v.

DWOLLA, INC.; et al.

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 5:13-cv-2054-EJD

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Kyle W. Tayman, an active member in good standing of the bar of Washington, D.C, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Digital Sky Technologies, Limited; DSTG-2 2011 Advisors, LLC; DSTG-2 2011 Investors DLP, LLC; DSTG-2 2011 Investors Onshore, LP; and Yuri Milner in the above-entitled action. My local co-counsel in this case is Juan A. Suarez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Goodwin \| Procter LLP<br>901 New York Ave NW<br>Wasington, DC 20001 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Goodwin \| Procter LLP<br>601 S. Figueroa St., Suite 4100<br>Los Angeles, CA 90017 |
| --- | --- |
| MY TELEPHONE # OF RECORD:<br>(202) 346-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 426-2599 |
| MY EMAIL ADDRESS OF RECORD:<br>KTayman@goodwinprocter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>JSuarez@goodwinprocter.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10000398.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: July 17, 2013                /s/ Kyle W. Tayman
                                   APPLICANT
                             Kyle W. Tayman

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Kyle W. Tayman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/17/2013

                           UNITED STATES DISTRIC JUDGE
                           Hon. Edward J. Davila

American LegalNet, Inc.
www.FormsWorkFlow.com