1  MICHAEL ASCHENBRENER (SBN 277114)
   mja@aschenbrenerlaw.com
2  ASCHENBRENER LAW, P.C.
   795 Folsom Street, First Floor
3  San Francisco, CA 94107
   Telephone: (415) 813-6245
4  Facsimile: (415) 813-6246

5  *ATTORNEYS FOR PLAINTIFF*

IT IS SO ORDERED
Judge Edward J. Davila
8/6/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation, | Case No. 5:13-cv-02054-EJD |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ANDREESSEN HOROWITZ LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| DWOLLA, INC. *et al.*, | |
| Defendants. | Judge Edward J. Davila |

1 **PLEASE TAKE NOTICE** that Plaintiff Think Computer Corp. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Andreessen Horowitz LLC only. This dismissal has no effect on Plaintiff's claims against the remaining defendants. Plaintiff and defendant Andreessen Horowitz LLC shall bear their own costs and attorney's fees.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

> (a) Voluntary Dismissal.
>
> (1) *By the Plaintiff.*
>
> (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant Andreessen Horowitz LLC has not answered Plaintiff's Complaint or First Amended Complaint, or filed a motion for summary judgment. Accordingly, this defendant may be dismissed without prejudice and without an Order of the Court.

Dated: August 1, 2013                              ASCHENBRENER LAW, P.C.

                                                   s/ Michael J. Aschenbrener
                                                   Michael J. Aschenbrener

# CERTIFICATE OF SERVICE

I, Michael Aschenbrener, an attorney, hereby certify that on August 1, 2013, I caused a copy of the foregoing document to be served upon counsel of record via the Court's CM/ECF system.

Dated: August 1, 2013                    s/ Michael Aschenbrener
                                         Michael Aschenbrener