MICHAEL ASCHENBRENER (SBN 277114)
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

*ATTORNEYS FOR PLAINTIFF*



IT IS SO ORDERED
Judge Edward J. Davila
8/6/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC. *et al.*,<br><br>Defendants. | ) Case No. 5:13-cv-02054-EJD<br>)<br>) **STIPULATION TO ENLARGE TIME TO**<br>) **RESPOND TO COMPLAINT AND TO**<br>) **ENLARGE BRIEFING SCHEDULE ON**<br>) **ANTICIPATED MOTIONS TO DISMISS**<br>) **PLAINTIFF'S FIRST AMENDED**<br>) **COMPLAINT**<br>)<br>)<br>) Judge Edward J. Davila<br>) |

STIPULATION                                                                 5:13-cv-02054-EJD

**STIPULATION**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff Think Computer Corporation ("Think Computer") and the following defendants ("Defendants") hereby stipulate and agree as follows:

- A-Grade Investments, LLC;
- A-Grade Investments II, LLC;
- Airbnb, Inc.;
- Balanced, Inc.;
- Coinbase, Inc.;
- Coinlab, Inc.;
- Dwolla, Inc.;
- Facebook, Inc.;
- Facebook Payments, Inc.;
- Gumroad, Inc.;
- Square, Inc.;
- Stripe, Inc.;
- Union Square Ventures LLC;
- Union Square Ventures Opportunity Fund, LP;
- Union Square Ventures 2012 Fund, LP;
- Brian Chesky;
- Yishan Wong;
- Andreessen Horowitz Fund I, LP;
- Andreessen Horowitz Fund I-A, LP;
- Andreessen Horowitz Fund I-B, LP;
- Andreessen Horowitz Fund II, LP;
- Andreessen Horowitz Fund II-A, LP;
- Andreessen Horowitz Fund II-B, LP;
- Andreessen Horowitz Fund III, LP;

- Andreessen Horowitz Fund III (AIV), LP;
- Andreessen Horowitz Fund III-A, LP;
- Andreessen Horowitz Fund III-B, LP;
- Andreessen Horowitz Fund III-Q, LP;
- Y Combinator, LLC;
- Y Combinator Fund I, LP;
- Y Combinator Fund I GP, LLC;
- Y Combinator Fund II, LP;
- Y Combinator Fund II GP, LLC;
- Y Combinator RE, LLC;
- Y Combinator S2012, LLC;
- Y Combinator W2013, LLC;
- Sequoia Capital, LLC;
- SC XII Management, LLC;
- Sequoia Capital New Projects, LLC;
- Sequoia Capital Scout Fund I, LLC;
- Sequoia Capital Scout Fund II, LLC;
- Sequoia Capital U.S. Scout Fund III, LLC;
- Sequoia Capital U.S. Scout Seed Fund 2013 LP;
- Sequoia Capital XII Principals Fund, LLC;
- Sequoia Capital XII, LP;
- Sequoia Technology Partners XII, LP;
- Kleiner Perkins Caufield & Byers, LLC;
- Kleiner Perkins Caufield & Byers XIII, LLC;
- Kleiner Perkins Caufield & Byers XIII Founders Fund, LLC;
- Kleiner Perkins Caufield & Byers XIV, LLC;
- Kleiner Perkins Caufield & Byers XV, LLC;

- The Board of Trustees of the Leland Stanford Junior University;
- Digital Sky Technologies, Limited;
- DSTG-2 2011 Advisors, LLC;
- DSTG-2 2011 Investors DLP, LLC;
- DSTG-2 2011 Investors Onshore, LP; and,
- Yuri Milner.

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that:

- Defendants shall have until August 8, 2013 in which to answer or otherwise respond to Think Computer's First Amended Complaint.;
- Plaintiff shall have until September 23, 2013 to respond to any responsive pleadings or motions to dismiss the First Amended Complaint; and,
- Defendants shall have until October 14, 2013 to file any replies in support of any motions to dismiss Plaintiff's First Amended Complaint.

The parties seek this enlargement of time in order to better coordinate response deadlines among the large number of defendants and because Plaintiff anticipates needing more than the standard fourteen (14) days to respond to any responsive pleadings or motions filed by Defendants. (Asch. Decl. ¶ 2.) This enlargement of time will increase efficiency for the parties and for the Court. (Asch. Decl. ¶ 3.) In addition, Plaintiff anticipates that Defendants will file either (a) multiple motions to dismiss; or, (b) an omnibus motion to dismiss covering multiple defendants. (Asch. Decl. ¶ 4.)

There has been one prior time modification in this case, which was by stipulation. (Dkt nos. 73 & 74; Asch. Decl. ¶ 5.)

The proposed time modification will not affect the schedule of the case. (Asch. Decl. ¶ 6.) The parties do not seek to alter any existing hearings. (Asch. Decl. ¶ 7.) And the proposed enlargement should have no effect on the expected hearing date on the motion(s) to dismiss. (Asch. Decl. ¶ 8.)

|     |                        |                                                         |
| --- | ---------------------- | ------------------------------------------------------- |
| 1   |                        | Respectfully submitted,                                 |
| 2   | Dated: July 31, 2013   | By: s/ Michael Aschenbrener                             |
|     |                        | Michael Aschenbrener                                    |
|     |                        | Aschenbrener Law, P.C.                                  |
|     |                        | One of the Attorneys for Plaintiff                      |
| 5   | Dated: July 31, 2013   | By: s/ Gus Coldebella                                   |

Respectfully submitted,

Dated: July 31, 2013     By: s/ Michael Aschenbrener
                             Michael Aschenbrener
                             Aschenbrener Law, P.C.
                             One of the Attorneys for Plaintiff

Dated: July 31, 2013     By: s/ Gus Coldebella
                             Gus Coldebella (admitted pro hac vice)
                             W. Kyle Tayman (admitted pro hac vice)
                             Goodwin Procter LLP
                             901 New York Avenue, NW
                             Washington, DC 20001
                             Telephone: (202) 346-4034
                             Facsimile: (202) 346-4444
                             gcoldebella@goodwinprocter.com
                             ktayman@goodwinprocter.com

                             Juan Suarez (CA Bar No. 268859)
                             601 South Figueroa Street
                             41st Floor
                             Los Angeles, CA 90017
                             Telephone: (213) 426-2500
                             Facsimile: (213) 623-1673
                             jsuarez@goodwinprocter.com

                             Attorneys for Defendants:
                               Digital Sky Technologies, Limited;
                               DSTG-2 2011 Advisors, LLC;
                               DSTG-2 2011 Investors DLP, LLC;
                               DSTG-2 2011 Investors Onshore, LP;
                               and,
                               Yuri Milner.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2013 | By: s/ Rocky C. Tsai |
| 2 | | Rocky C. Tsai |
| | | Ropes & Gray |
| 3 | | One of the Attorneys for Defendants: |
| | |   Sequoia Capital, LLC; |
| 4 | |   SC XII Management, LLC; |
| | |   Sequoia Capital New Projects, LLC; |
| 5 | |   Sequoia Capital Scout Fund I, LLC; |
| | |   Sequoia Capital Scout Fund II, LLC; |

Dated: July 31, 2013     By: s/ Rocky C. Tsai
    Rocky C. Tsai
    Ropes & Gray
    One of the Attorneys for Defendants:
      Sequoia Capital, LLC;
      SC XII Management, LLC;
      Sequoia Capital New Projects, LLC;
      Sequoia Capital Scout Fund I, LLC;
      Sequoia Capital Scout Fund II, LLC;
      Sequoia Capital U.S. Scout Fund III, LLC;
      Sequoia Capital U.S. Scout Seed Fund 2013 LP;
      Sequoia Capital XII Principals Fund, LLC;
      Sequoia Capital XII, LP;
      Sequoia Technology Partners XII, LP;
      Kleiner Perkins Caufield & Byers, LLC;
      Kleiner Perkins Caufield & Byers XIII, LLC;
      Kleiner Perkins Caufield & Byers XIII Founders Fund, LLC;
      Kleiner Perkins Caufield & Byers XIV, LLC; and,
      Kleiner Perkins Caufield & Byers XV, LLC.

Dated: July 31, 2013     By: s/ Judy Jennison
    Judy Jennison
    Perkins Coie LLP
    One of the Attorneys for Defendant:
      Coinlab, Inc.

STIPULATION      5      5:13-cv-02054-EJD

| | | |
|---|---|---|
| 1 | Dated: July 31, 2013 | By: <u>Thomas P. Brown</u> |
| 2 | | Thomas P. Brown<br>Paul Hastings LLP |
| | | One of the Attorneys for Defendants: |
| 3 | |   A-Grade Investments, LLC; |
| 4 | |   A-Grade Investments II, LLC;<br>  Airbnb, Inc.; |
| 5 | |   Balanced, Inc.;<br>  Coinbase, Inc.; |
| 6 | |   Dwolla, Inc.; |
| 7 | |   Facebook, Inc.;<br>  Facebook Payments, Inc.; |
| 8 | |   Gumroad, Inc.;<br>  Square, Inc.; |
| 9 | |   Stripe, Inc.; |
| 10 | |   Union Square Ventures LLC;<br>  Union Square Ventures Opportunity |
| 11 | |   Fund, LP;<br>  Union Square Ventures 2012 Fund, LP; |
| 12 | |   Brian Chesky; and,<br>  Yishan Wong. |
| 13 | | |
| 14 | Dated: July 31, 2013 | By: <u>s/ Sarah Flanagan</u> |
| 15 | | Sarah Flanagan<br>Pillsbury Winthrop Shaw Pittman LLP |
| 16 | | One of the Attorneys for Defendant:<br>  The Board of Trustees of the Leland |
| 17 | |   Stanford Junior University |

| | |
|---|---|
| Dated: July 31, 2013 | By: s/ Kenneth G. Hausman |
| | Kenneth G. Hausman |
| | Arnold & Porter LLP |
| | One of the Attorneys for Defendants: |
| |   Andreessen Horowitz Fund I, LP; |
| |   Andreessen Horowitz Fund I-A, LP; |
| |   Andreessen Horowitz Fund I-B, LP; |
| |   Andreessen Horowitz Fund II, LP; |
| |   Andreessen Horowitz Fund II-A, LP; |
| |   Andreessen Horowitz Fund II-B, LP; |
| |   Andreessen Horowitz Fund III, LP; |
| |   Andreessen Horowitz Fund III (AIV), LP; |
| |   Andreessen Horowitz Fund III-A, LP; |
| |   Andreessen Horowitz Fund III-B, LP; |
| |   Andreessen Horowitz Fund III-Q, LP; |
| |   Y Combinator, LLC; |
| |   Y Combinator Fund I, LP; |
| |   Y Combinator Fund I GP, LLC; |
| |   Y Combinator Fund II, LP; |
| |   Y Combinator Fund II GP, LLC; |
| |   Y Combinator RE, LLC; |
| |   Y Combinator S2012, LLC; and, |
| |   Y Combinator W2013, LLC. |

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 1, 2013, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: August 1, 2013                     ASCHENBRENER LAW, P.C.

                                          By: s/ Michael Aschenbrener
                                          Michael Aschenbrener