THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SAMUEL C. ZUN (SB# 264930)
samuelzun@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1 (415) 856-7000
Facsimile: 1 (415) 856-7100

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORP., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>DWOLLA, INC., et al., <br><br>　　　　Defendants. | Case No. 5:13-cv-02054-EJD <br><br>**DEFENDANT AIRBNB, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FED. R. CIV. P. 7.1** <br><br>Hon. Edward J. Davila |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and their shareMax Levchinholders (where applicable), there is no such interest to report. Additionally, pursuant to Fed. R. Civ. P. 7.1, there is no parent corporation or publicly held corporation owning 10% or more of Defendant Airbnb, Inc.'s stock.

DATED: August 9, 2013

THOMAS P. BROWN
SAMUEL C. ZUN
PAUL HASTINGS LLP

By: /s/ *Samuel C. Zun*
　　　　SAMUEL C. ZUN

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong