THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SAMUEL C. ZUN (SB# 264930)
samuelzun@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1 (415) 856-7000
Facsimile:  1 (415) 856-7100

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.;
Dwolla, Inc.; Facebook, Inc.; Facebook
Payments, Inc.; Gumroad, Inc.; Square, Inc.;
Stripe, Inc.; A-Grade Investments, LLC; A-
Grade Investments II, LLC; Union Square
Ventures LLC; Union Square Ventures
Opportunity Fund, LP; Union Square
Ventures 2012 Fund, LP; Brian Chesky;
Max Levchin; and Yishan Wong

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORP., | Case No. 5:13-cv-02054-EJD |
| Plaintiffs, | **DEFENDANT COINBASE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FED. R. CIV. P. 7.1** |
| vs. | |
| DWOLLA, INC., et al., | |
| Defendants. | Hon. Edward J. Davila |

1

## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

2

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3

named parties and their shareholders (where applicable), there is no such interest to report.

4

Additionally, pursuant to Fed. R. Civ. P. 7.1, there is no parent corporation or publicly held

5

corporation owning 10% or more of Coinbase, Inc.'s stock.

6

7

DATED:  August 9, 2013           THOMAS P. BROWN
                                 SAMUEL C. ZUN
8                                PAUL HASTINGS LLP

9

10                               By: _____/s/ Samuel C. Zun_____
                                            SAMUEL C. ZUN

11                               Attorneys for Defendants
12                               Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.;
                                 Dwolla, Inc.; Facebook, Inc.; Facebook Payments,
                                 Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-
13                               Grade Investments, LLC; A-Grade Investments II,
                                 LLC; Union Square Ventures LLC; Union Square
14                               Ventures Opportunity Fund, LP; Union Square
                                 Ventures 2012 Fund, LP; Brian Chesky; Max
15                               Levchin; and Yishan Wong

16

17

18

19

20

21

22

23

24

25

26

27

28