| | |
|---|---|
| 1 | THOMAS P. BROWN (SB# 182916) |
| | tombrown@paulhastings.com |
| 2 | SAMUEL C. ZUN (SB# 264930) |
| | samuelzun@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 55 Second Street |
| 4 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 5 | Telephone: 1 (415) 856-7000 |
| | Facsimile: 1 (415) 856-7100 |
| 6 | |
| 7 | Attorneys for Defendants |
| | Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORP., | Case No. 5:13-cv-02054-EJD |
| Plaintiffs, | **DEFENDANT DWOLLA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FED. R. CIV. P. 7.1** |
| vs. | |
| DWOLLA, INC., et al., | |
| Defendants. | Hon. Edward J. Davila |

1 **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and their shareholders (where applicable), there is no such interest to report. Additionally, pursuant to Fed. R. Civ. P. 7.1, there is no parent corporation or publicly held corporation owning 10% or more of Dwolla, Inc.'s stock.

DATED: August 9, 2013

THOMAS P. BROWN
SAMUEL C. ZUN
PAUL HASTINGS LLP


By: _____/s/ *Samuel C. Zun*_____
            SAMUEL C. ZUN

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong