| | |
|---|---|
| 1 | THOMAS P. BROWN (SB# 182916) |
|   | tombrown@paulhastings.com |
| 2 | SAMUEL C. ZUN (SB# 264930) |
|   | samuelzun@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  1 (415) 856-7000 |
|   | Facsimile:  1 (415) 856-7100 |

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORP., | Case No. 5:13-cv-02054-EJD |
| Plaintiffs, | **DEFENDANT YISHAN WONG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |
| vs. | |
| DWOLLA, INC., et al., | |
| Defendants. | Hon. Edward J. Davila |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and their shareholders (where applicable), there is no such interest to report.

DATED: August 9, 2013

THOMAS P. BROWN
SAMUEL C. ZUN
PAUL HASTINGS LLP


By: _____/s/ *Samuel C. Zun*_____
  SAMUEL C. ZUN

Attorneys for Defendants
Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.; Dwolla, Inc.; Facebook, Inc.; Facebook Payments, Inc.; Gumroad, Inc.; Square, Inc.; Stripe, Inc.; A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong