Gus P. Coldebella (*pro hac vice*)
gcoldebella@goodwinprocter.com
W. Kyle Tayman (*pro hac vice*)
ktayman@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel:  202.346.4000
Fax:  202.346.4444

Juan Suarez (SBN 268859)
jsuarez@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California  90017
Tel:  213.426.2500
Fax:  213.623.1673

*Attorneys for Defendants*
DIGITAL SKY TECHNOLOGIES, LIMITED, DSTG-2 2011 ADVISORS, LLC, DSTG-2 2011 INVESTORS DLP, LLC, DSTG-2 2011 INVESTORS ONSHORE, LP AND YURI MILNER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC., ET AL.,<br><br>Defendants. | Case No. 5:13-cv-02054-EJD<br><br>**DEFENDANTS DIGITAL SKY TECHNOLOGIES, LIMITED, DSTG-2 2011 ADVISORS, LLC, DSTG-2 2011 INVESTORS DLP, LLC, DSTG-2 2011 INVESTORS ONSHORE, LP AND YURI MILNER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Edward J. Davila |

1 | Pursuant to Civil Local Rule 3–16, the undersigned certifies that the following listed
2 | persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3 | or other entities (i) have a financial interest in the subject matter or in a party to the proceeding, or
4 | (ii) have a non-financial interest in that subject party or in a party that could be substantially
5 | affected by the outcome of this proceeding:

- Digital Sky Technologies, Limited a/k/a Mail.ru Group Limited, a publicly traded UK entity.
- Access Trust (a private entity)

This disclosure is subject to further amendment.

Dated: August 28, 2013

GOODWIN PROCTER  LLP

By:  /s/ Juan Suarez
Gus P. Coldebella (*pro hac vice*)
W. Kyle Tayman (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001
Tel: 202.346.4034
Fax: 202.346.4444
GColdebella@goodwinprocter.com
KTayman@goodwinprocter.com

Juan Suarez (SBN 268859)
601 South Figueroa Street
41st Floor
Los Angeles, CA 90017
Tel: 213.426.2500
Fax: 213.623.1673
JSuarez@goodwinprocter.com

Attorneys for Digital Sky Technologies, Limited, DSTG-2 2011 Advisors, LLC, DSTG-2 2011 Investors DLP, LLC, DSTG-2 2011 Investors Onshore, LP and Yuri Milner

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2013.

          /s/ Juan Suarez
          Juan Suarez