1  THOMAS P. BROWN (SB# 182916)
   tombrown@paulhastings.com
2  SAMUEL C. ZUN (SB# 264930)
   samuelzun@paulhastings.com
3  PAUL HASTINGS LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  1 (415) 856-7000
   Facsimile:  1 (415) 856-7100

6

7  Attorneys for Defendants
   Airbnb, Inc.; Balanced, Inc.; Coinbase, Inc.;
   Dwolla, Inc.; Facebook, Inc.; Facebook
8  Payments, Inc.; Gumroad, Inc.; Square, Inc.;
   Stripe, Inc.; A-Grade Investments, LLC; A-
9  Grade Investments II, LLC; Union Square
   Ventures LLC; Union Square Ventures
10 Opportunity Fund, LP; Union Square
   Ventures 2012 Fund, LP; Brian Chesky;
11 Max Levchin; and Yishan Wong

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> DWOLLA, INC., et al., <br><br> Defendants. | Case No. 5:13-cv-02054-EJD <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-3 AND 16-2 <br><br> Hon. Edward J. Davila <br> Complaint Filed:  May 6, 2013 <br> First Amended Complaint:  June 21, 2013 |

[PROPOSED] ORDER

Case No. 5:13-cv-02054-EJD

1    Defendants' Motion to Stay Case Management Conference Pursuant to Civil L.R.
2  6-3 and 16-2 was filed with this Court on August 19, 2013, with the Plaintiff's opposition having
3  been filed on or before August 26, 2013.  The Court having considered all papers filed in support
4  of and in opposition to the motion, and for good cause shown, the Court finds that:

5  • In light of the potentially case-dispositive motions to dismiss pending before the
6    Court and scheduled for hearing on January 14, 2014, continuing the Case
7    Management Conference currently scheduled for September 6, 2013, until after the
8    Court rules on those pending motions will conserve judicial resources and allow
9    for a more meaningful discussion of case management issues between the parties
10   and the Court.

11   Accordingly, IT IS HEREBY ORDERED that the Case Management Conference
12  currently scheduled for September 6, 2013, is hereby stayed until after the Court rules on
13  Defendants' Motion to Dismiss Claims One and Two For Lack of Subject-Matter Jurisdiction and
14  for Failure to State a Claim Upon Which Relief Can Be Granted, Dkt. No. 91 (Aug. 8, 2013), and
15  Defendants Coinbase, Inc.'s, Dwolla, Inc.'s and Stripe, Inc.'s Joinder in Defendants' Motion to
16  Dismiss Counts One and Two for Lack of Subject-Matter Jurisdiction and for Failure to State a
17  Claim Upon Which Relief Can Be Granted and Motion to Dismiss Count Three, Dkt. No. 99
18  (Aug. 8, 2013).  At such time, if a Case Management Conference is still necessary, the Court will
19  issue an order scheduling an initial Case Management Conference pursuant to Federal Rule of
20  Civil Procedure 26.

21
22  DATED:  August 29, 2013                    _____
                                                HON. EDWARD J. DAVILA
23                                              UNITED STATES DISTRICT COURT JUDGE