ROPES & GRAY LLP
ROCKY C. TSAI (CA Bar No. 221452)
Three Embarcadero Center, Ste 300
San Francisco, CA 94111-4006
Telephone: (415) 315 6300
Facsimile: (415) 315 6350
Email: rocky.tsai@ropesgray.com

CHRISTOPHER G. GREEN (admitted *pro hac vice*)
C. THOMAS BROWN (admitted *pro hac vice*)
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: christopher.green@ropesgray.com
Email: thomas.brown@ropesgray.com

Attorneys for Defendants Kleiner Perkins Caufield & Byers, LCC; Kleiner Perkins Caufield & Byers XIII, LCC; Kleiner Perkins Caufield & Byers XII Founders Fund, LCC; Kleiner Perkins Caufield & Byers XIV, LCC; Kleiner Perkins Caufield & Byers XV, LCC; Sequoia Capital, LLC; Sequoia Capital New Projects, LLC; Sequoia Capital XII, LP; SC XII Management, LLC; Sequoia Capital XII Principals Fund, LLC; Sequoia Capital Scout Fund I, LLC; Sequoia Capital Scout Fund II, LLC; Sequoia Capital Scout Fund III, LLC; Sequoia Capital U.S. Scout Seed Fund 2013, LP; and Sequoia Technology Partners XII, LP

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC.; ACTBLUE, LLC; AIRBNB, INC.; POUND PAYMENTS ESCROW SERVICES, INC. DBA BALANCED PAYMENTS; CLINKLE CORPORATION; COINBASE, INC.; COINLAB, INC.; FACEBOOK, INC.; FACEBOOK PAYMENTS, INC.; GOPAGO, INC.; GUMROAD, INC.; SQUARE, INC.; STRIPE, INC.; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; A-GRADE INVESTMENTS, LLC; A-GRADE | Case No. 5:13-cv-2054-EJD<br><br>**DECLARATION OF CHRISTOPHER G. GREEN IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS UNDER FEDERAL RULES OF CIVIL PROCEDURE 11(b)(2) AND 11(c)(2).**<br><br>Hearing Date: January 10, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 4<br>Judge: The Hon. Edward J. Davila |

| | |
|---|---|
| 1 | INVESTMENTS II, LLC; ANDREESSEN HOROWITZ FUND I, LP; ANDREESSEN |
| 2 | HOROWITZ FUND I-A, LP; ANDREESSEN HOROWITZ FUND I-B, LP; ANDREESSEN |
| 3 | HOROWITZ FUND II, LP; ANDREESSEN HOROWITZ FUND II-A, LP; ANDREESSEN |
| 4 | HOROWITZ FUND II-B, LP; ANDREESSEN HOROWITZ FUND III, LP; ANDREESSEN |
| 5 | HOROWITZ FUND III (AIV), LP; |
| 6 | ANDREESSEN HOROWITZ FUND III-A, LP; ANDREESSEN HOROWITZ FUND III-B, LP; |
| 7 | ANDREESSEN HOROWITZ FUND III-Q, LP; |
| 8 | DIGITAL SKY TECHNOLOGIES, LIMITED; DST GLOBAL, LIMITED; DSTG-2 2011 |
| 9 | ADVISORS, LLC; DSTG-2 2011 INVESTORS DLP, LLC; DSTG-2 2011 INVESTORS |
| 10 | ONSHORE, LP; KLEINER PERKINS |
| 11 | CAUFIELD & BYERS, LLC; KLEINER PERKINS CAUFIELD & BYERS XIII, LLC; |
| 12 | KLEINER PERKINS CAUFIELD & BYERS XIII FOUNDERS FUND, LLC; KLEINER PERKINS |
| 13 | CAUFIELD & BYERS XIV, LLC; KLEINER PERKINS CAUFIELD & BYERS XV, LLC; |
| 14 | SEQUOIA CAPITAL, LLC; SEQUOIA |
| 15 | CAPITAL NEW PROJECTS, LLC; SEQUOIA CAPITAL XII, LP; SC XII MANAGEMENT, |
| 16 | LLC; SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC; SEQUOIA CAPITAL SCOUT |
| 17 | FUND I, LLC; SEQUOIA CAPITAL SCOUT FUND II, LLC; SEQUOIA CAPITAL U.S. |
| 18 | SCOUT FUND III, LLC; SEQUOIA CAPITAL U.S. SCOUT SEED FUND 2013, LP; SEQUOIA |
| 19 | TECHNOLOGY PARTNERS XII, LP; UNION SQUARE VENTURES LLC; UNION SQUARE |
| 20 | VENTURES OPPORTUNITY FUND, LP; UNION SQUARE VENTURES 2012 FUND, LP; |
| 21 | Y COMBINATOR, LLC; Y COMBINATOR FUND I, LP; Y COMBINATOR FUND I GP, |
| 22 | LLC; Y COMBINATOR FUND II, LP; Y COMBINATOR FUND II GP, LLC; Y |
| 23 | COMBINATOR RE, LLC; Y COMBINATOR S2012, LLC; Y COMBINATOR W2013, LLC; |
| 24 | BRIAN CHESKY; MAX LEVCHIN; YURI MILNER; YISHAN WONG, |
| 25 | Defendants. |

I, Christopher G. Green, declare as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts and have been admitted to practice before this Court *pro hac vice*. I am a partner with the law firm of Ropes & Gray LLP, counsel for Defendants Kleiner Perkins Caufield & Byers, LCC; Kleiner Perkins Caufield & Byers XIII, LCC; Kleiner Perkins Caufield & Byers XII Founders Fund, LCC; Kleiner Perkins Caufield & Byers XIV, LCC; Kleiner Perkins Caufield & Byers XV, LCC (the "KPCB Entities"); Sequoia Capital, LLC; Sequoia Capital New Projects, LLC; Sequoia Capital XII, LP; SC XII Management, LLC; Sequoia Capital XII Principals Fund, LLC; Sequoia Capital Scout Fund I, LLC; Sequoia Capital Scout Fund II, LLC; Sequoia Capital Scout Fund III, LLC; Sequoia Capital U.S. Scout Seed Fund 2013, LP; and Sequoia Technology Partners XII, LP (the "Sequoia Entities"). Except as otherwise stated, the facts set forth in this declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to the truth of the matters stated.

2. I submit this declaration in support of Investor Defendants' Motion for Sanctions Under Federal Rules of Civil Procedure 11(b)(2) and 11(c)(2) (the "Investor Defendants' Motion for Sanctions").

3. On or about June 13, 2013, I wrote a letter to Plaintiff's counsel pointing out various legal and other deficiencies in the original complaint in this action, and urging him to dismiss my clients from the case and not name them in any amended complaint. I also informed Plaintiff's counsel that my clients intended to pursue sanctions under Rule 11 if they were not dismissed from the case. A true and correct copy of that letter is attached hereto as **Exhibit A**.

4. I have reviewed the Investor Defendants' Motion for Sanctions and supporting declarations prepared by Arnold & Porter LLP, and I have authorized the filing of that motion and the supporting papers on behalf of my clients, the KPCB Entities and the Sequoia Entities.

5. The time incurred in defending against Plaintiff's Complaint and Amended Complaint has involved, among other things, reviewing and analyzing the factual allegations and claims for relief; conducting legal research on the claims; working with counsel for the

**DECLARATION OF CHRISTOPHER G. GREEN IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS**
-1-
Case No. 5:13-cv-2054-EJD

other defendants on a motion to dismiss the Amended Complaint; and working on the Investor Defendants' Motion for Sanctions.

6. In particular, based on discussions with counsel to other defendants named in this case, Ropes & Gray took primary responsibility for researching, drafting, and filing Defendants' Motion to Dismiss Claims One and Two, which was filed with this Court on August 8, 2013 (Doc. No. 91).

7. Based upon my review of the billing records in this case, my clients have to date incurred approximately $180,000 in fees and expenses as a direct result of Plaintiff bringing this action.

8. My clients have and will continue to incur additional fees and expenses as this matter moves forward.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: Boston, Massachusetts
September 4, 2013

_____
Christopher G. Green

One of the attorneys for Defendants Kleiner Perkins Caufield & Byers, LCC; Kleiner Perkins Caufield & Byers XIII, LCC; Kleiner Perkins Caufield & Byers XII Founders Fund, LCC; Kleiner Perkins Caufield & Byers XIV, LCC; Kleiner Perkins Caufield & Byers XV, LCC; Sequoia Capital, LLC; Sequoia Capital New Projects, LLC; Sequoia Capital XII, LP; SC XII Management, LLC; Sequoia Capital XII Principals Fund, LLC; Sequoia Capital Scout Fund I, LLC; Sequoia Capital Scout Fund II, LLC; Sequoia Capital Scout Fund III, LLC; Sequoia Capital U.S. Scout Seed Fund 2013, LP; and Sequoia Technology Partners XII, LP.