| | |
|---|---|
| 1 | THOMAS P. BROWN (SB# 182916) |
|   | tombrown@paulhastings.com |
| 2 | SAMUEL C. ZUN (SB# 264930) |
|   | samuelzun@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  1 (415) 856-7000 |
|   | Facsimile:  1 (415) 856-7100 |

Attorneys for Defendants
A-Grade Investments, LLC; A-Grade Investments II, LLC; Union Square Ventures LLC; Union Square Ventures Opportunity Fund, LP; Union Square Ventures 2012 Fund, LP; Brian Chesky; Max Levchin; and Yishan Wong

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THINK COMPUTER CORP., | Case No. 5:13-cv-02054-EJD |
| Plaintiffs, | **DECLARATION OF SAMUEL C. ZUN IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 11(b)(2) AND 11(c)(2)** |
| vs. | |
| DWOLLA, INC., et al., | Date:        January 10, 2014 |
| Defendants. | Time:        9:00 a.m. |
|  | Place:       Courtroom 4, 5th Floor |
|  | Trial Date:  None set |
|  | Honorable Edward J. Davila |

Case No. 5:13-cv-02054-EJD

ZUN DECLARATION ISO RULE 11 MOTION

I, Samuel C. Zun, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Paul Hastings LLP, counsel for A-Grade Investments, LLC, A-Grade Investments II, LLC, (collectively, the "A-Grade Entities"), Union Square Ventures LLC, Union Square Ventures Opportunity Fund, LP, and Union Square Ventures 2012 Fund, LP (collectively, the "Union Square Ventures Entities"),  Brian Chesky, Max Levchin, and Yishan Wong in this matter. Except as otherwise stated, the facts set forth in this declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to the truth of the matters stated.

2. On or about June 14, 2013, I wrote a letter to Plaintiff's counsel pointing out the legal deficiencies in the initial complaint, including the lack of federal jurisdiction, and urging him to dismiss my clients from the case and not name them in an amended complaint. A true and correct copy of that letter is attached hereto as Exhibit A.

3. Plaintiff's counsel filed an amended complaint ("Amended Complaint") on or about June 21, 2013. On August 8, 2013, the Investor Defendants filed a motion to dismiss the Amended Complaint under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

4. On August 8, 2013, counsel for the Andreessen Horowitz and Y Combinator Entities served on Plaintiff's counsel the Investor Defendants' Motion For Sanctions and a draft of this declaration. The Investor Defendants' Motion for Sanctions is being filed more than 21 days (plus three days for mailing) after the motion was served on Plaintiffs' counsel.

5. I have reviewed the Investor Defendants' Motion for Sanctions and supporting declarations prepared by Arnold & Porter LLP and have obtained the consent of the Investor Defendants named in Paragraph 1, above, to authorize the filing of that motion and the supporting papers on their behalf.

6. The time incurred in defending against Plaintiff's Complaint and Amended Complaint has involved, among other things, reviewing and analyzing the factual allegations and claims for relief; conducting legal research on the claims; working with counsel for the other

1   defendants on a motion to dismiss the Amended Complaint; working on this motion; and
2   negotiating, reviewing and revising a stipulation setting forth the briefing schedule on the
3   Amended Complaint.  Thomas P. Brown, a partner in my firm, supervised me in performing these
4   tasks.
5          7.     Based upon my review of the billing records in this case, the defendants
6   listed in paragraph 1, above, have incurred a prorated share of fees and costs totaling $19,445.00.
7
8          I declare under penalty of perjury that the foregoing is true and correct.  Executed
9   at San Francisco, California.
10
11  DATED:  September 5, 2013         By:  _____/s/ Samuel C. Zun_____
                                               Samuel C. Zun

Case No. 5:13-cv-02054-EJD                    -2-                    ZUN DECLARATION ISO RULE 11
                                                                                          MOTION