Gus P. Coldebella (*pro hac vice*)
gcoldebella@goodwinprocter.com
W. Kyle Tayman (*pro hac vice*)
ktayman@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel:  202.346.4000
Fax:  202.346.4444

Juan Suarez (SBN 268859)
jsuarez@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California  90017
Tel:  213.426.2500
Fax:  213.623.1673

*Attorneys for Defendants*
DIGITAL SKY TECHNOLOGIES, LIMITED, DSTG-2 2011 ADVISORS, LLC, DSTG-2 2011 INVESTORS DLP, LLC, DSTG-2 2011 INVESTORS ONSHORE, LP AND YURI MILNER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC., ET AL.,<br><br>Defendants. | Case No. 5:13-cv-02054-EJD<br><br>**DECLARATION OF GUS P. COLDEBELLA IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS UNDER FEDERAL RULES OF CIVIL PROCEDURE 11(b)(2) AND 11(c)(2)**<br><br>Hearing Date: January 10, 2014<br>Time:           9:00 a.m.<br>Place:          Courtroom 4<br>Judge:         Hon. Edward J. Davila |

DECLARATION OF GUS P. COLDEBELLA IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS
CASE NO. 5:13-CV-02054-EJD
LIBA/2431442.1

I, Gus P. Coldebella, declare as follows:

1. I am a member of the Bars of Massachusetts and the District of Columbia and have been admitted to practice before this Court *pro hac vice*. I am a partner with the law firm of Goodwin Procter LLP, and am counsel for Digital Sky Technologies, Limited, DSTG-2 2011 Advisors, LLC, DSTG-2 2011 Investors DLP, LLC, DSTG-2 2011 Investors Onshore, LP (the "Digital Sky Entities") and Yuri Milner. Except as otherwise stated, the facts set forth in this declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to the truth of the matters stated.

2. I submit this declaration in support of Investor Defendants' Motion for Sanctions Under Federal Rules of Civil Procedure 11(b)(2) and 11(c)(2) (the "Investor Defendants' Motion for Sanctions").

3. I reviewed the Investor Defendants' Motion for Sanctions and supporting declarations prepared by Arnold & Porter LLP, and I authorized the service of that Motion on Plaintiff's counsel on behalf of the Digital Sky Entities and Mr. Milner at least twenty-one days ago, and I have authorized the filing of that motion and the supporting papers on behalf of the Digital Sky Entities and Mr. Milner.

4. The time incurred by my firm in defending against Plaintiff's Complaint and Amended Complaint has involved, among other things, reviewing and analyzing the factual allegations and claims for relief, conducting legal research on the claims, drafting a motion to dismiss the Complaint, and working with counsel for the other defendants on a motion to dismiss the Amended Complaint.

5. In particular, Goodwin Procter assisted in researching and drafting the Investor Defendants' motion to dismiss, filed with this Court on August 8, 2013 (Doc. No. 91).

6. Based upon my review of the billing records in this case, my clients have to date incurred approximately $60,000 in fees and expenses as a direct result of Plaintiff bringing this action.

7. My clients have and will continue to incur additional fees and expenses as this matter moves forward.

DECLARATION OF GUS P. COLDEBELLA IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS
CASE NO. 5:13-CV-02054-EJD
LIBA/2431442.1

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: Boston, MA  
September 5, 2013

/s/ Gus. P. Coldebella  
Gus P. Coldebella (*pro hac vice*)  
901 New York Avenue, NW  
Washington, DC 20001  
Tel: 202.346.4034  
Fax: 202.346.4444  
GColdebella@goodwinprocter.com  
KTayman@goodwinprocter.com

Attorney for Digital Sky Technologies, Limited, DSTG-2 2011 Advisors, LLC, DSTG-2 2011 Investors DLP, LLC, DSTG-2 2011 Investors Onshore, LP and Yuri Milner

2

DECLARATION OF GUS P. COLDEBELLA IN SUPPORT OF INVESTOR DEFENDANTS' MOTION FOR SANCTIONS  
CASE NO. 5:13-CV-02054-EJD  
LIBA/2431442.1

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2013.

Dated: September 5, 2013            /s/ Gus. P. Coldebella
                                    Gus P. Coldebella (*pro hac vice*)