MICHAEL ASCHENBRENER (SBN 277114)
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

*ATTORNEYS FOR PLAINTIFF*



IT IS SO ORDERED
Judge Edward J. Davila

9/10/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DWOLLA, INC. *et al.*, <br><br> Defendants. | Case No. 5:13-cv-02054-EJD <br><br> **STIPULATION TO ENLARGE TIME TO BRIEFING SCHEDULE FOR DEFENDANT ACTBLUE, LLC'S MOTION TO DISMISS AND JOINDER IN DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge Edward J. Davila |

**STIPULATION**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff Think Computer Corporation ("Think Computer") and Defendant ActBlue, LLC ("ActBlue") hereby stipulate and agree as follows:

- Plaintiff shall have until September 23, 2013 to respond to ActBlue's Motion to Dismiss and Joinder in Defendants' Motion to Dismiss (Dkt. No. 128);
- ActBlue shall have until October 14, 2013 to file its reply in support of its motion.

The parties seek this enlargement of time in order to coordinate the response and reply deadlines among ActBlue's motion to dismiss and the already filed motions to dismiss it seeks to join. (Dkt. No. 90; Asch. Decl. ¶ 2.) This enlargement of time will increase efficiency for the parties and for the Court. (Asch. Decl. ¶ 3.)

There have been three prior time modifications in this case, two of which were by stipulation (Dkt Nos. 73 & 74, 90) and one of which was by motion (Dkt. No. 131). (Asch. Decl. ¶ 4.)

The proposed time modification will not affect the schedule of the case. (*Id*. ¶ 5.) In fact, this time modification will align the response and reply deadlines with the motion that ActBlue seeks to join. (*Id.* ¶ 6.) The parties do not seek to alter any existing hearings. (Asch. Decl. ¶ 7.) And the proposed enlargement will have no effect on the January 10, 2014 hearing date on the motions to dismiss. (Asch. Decl. ¶ 8.)

Respectfully submitted,

Dated: September 6, 2013

By: s/ Michael Aschenbrener
Michael Aschenbrener
ASCHENBRENER LAW, P.C.
One of the Attorneys for Plaintiff

Dated: September 6, 2013

By: s/ Ivo Labar
Ivo Labar
KERR & WAGSTAFFE LLP
One of the Attorneys for ActBlue, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on September 6, 2013, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: September 6, 2013                                ASCHENBRENER LAW, P.C.


                                                        By: s/ Michael Aschenbrener
                                                        Michael Aschenbrener