**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, | CASE NO. 5:13-cv-02054 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION** |
| v. | |
| DWOLLA, INC., et. al., | [Docket Item No(s). 153] |
| Defendant(s). | |

Plaintiff's Motion for Clarification (Docket Item No. 153) is DENIED.

**IT IS SO ORDERED.**

Dated:  November 22, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-02054 EJD
ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION