UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THINK COMPUTER CORPORATION, | ) | Case No. 5:13-CV-02054-EJD |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| DWOLLA, INC., ET AL., | ) | |
| Defendants. | ) | |

Defendants' Motions for Summary Judgment having been granted (see Docket Item No. 158), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants.

The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 24, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:13-CV-02054-EJD
JUDGMENT

1